UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: <u>07cv00425</u> |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

### MOTION TO EXTEND THE TIME WITHIN WHICH TO OBTAIN SERVICE UPON THE DEFENDANT

Plaintiff, by and through his counsel, seeks an extension of time within which he may obtain service upon the defendant. As grounds therefore, he appends the *Affidavit of Attempted Service* executed by his process server. According to the *Affidavit*, public data base services reveal 20 valid addresses for the defendant in Pennsylvania. Each one will have to be checked.

The process server believes that process can be effectuated within 60 days. A proposed Order is appended.

                                        Respectfully submitted,

                                        /s/ Lawrence S. Lapidus
                                        Lawrence S. Lapidus, D.C. #175042
                                        **KARP, FROSH, LAPIDUS, WIGODSKY**
                                         **& NORWIND, P.A.**
                                        1133 Connecticut Avenue, N.W., Suite 250
                                        Washington, D.C.  20036
                                        (202) 822-3777

                                        Attorneys for Plaintiff

**UNITES STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: <u>07cv00425</u> |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

### MEMORANDUM OF POINTS & AUTHORITIES

Fed. Rule of Civ. P. 4(m) authorizes the Court to extend the time for service for "good cause" for the failure to obtain service. Certainly, the appended *Affidavit* meets that standard and the fact that defendant has claimed 20 addresses demonstrates the difficulty of service in this case. While the 120 days authorized by Rule 4(m) does not run until July 2nd, plaintiff files this motion prophilactically because of the unlikelihood of obtaining service by the July 2nd cut-off date and the consequent risk of dismissal. Accordingly, plaintiff requests that the time for service be extended within the time requested.

Respectfully submitted,

/s/ Lawrence S. Lapidus
Lawrence S. Lapidus, D.C. #175042
**KARP, FROSH, LAPIDUS, WIGODSKY**
 **& NORWIND, P.A.**
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C. 20036
(202) 822-3777

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Extend Time to Serve Defendant was sent by first class mail, on this <u>18th</u> day of June, 2007 to:

David McFadden
157 Gateshead Way
Phoenixville, Pennsylvania 19464

<u>/s/ Lawrence S. Lapidus</u>
Lawrence S. Lapidus

## UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| Plaintiff, | : |
| v. | : Case No.: 07cv00425 |
| **DAVID McFADDEN** | : |
| Defendant. | : |

### ORDER

Plaintiff has moved this Court, pursuant to Fed .R. Civ. P. 4(m) for an Order extending the time within which he may obtain service of process upon the defendant beyond the 120 days specified by this Rule. He has appended to his motion an Affidavit from his process server, attesting to the difficulty of service arising from 20 listed addresses for the defendant in Pennsylvania. Given this Affidavit, the Court finds that plaintiff has demonstrated "good cause" for the service failure as required by this Rule. Plaintiff, after conferring with his process server, has requested 60 days from the date of filing this motion to effectuate service. Accordingly, good cause having been shown, it is by this Court,

**ORDERED**, that plaintiff may have through and including August 17th, 2007, within which to effectuate service of process.

Richard W. Roberts
Judge, United States District Court

cc:

Lawrence S. Lapidus, Esq.
1133 Connecticut Avenue, NW, Suite 250
Washington, D.C. 20036

David McFadden
157 Gateshead Way
Phoenixville, Pennsylvania 19464

United States District Court for the District of Columbia

Affidavit of Attempted Service

| | | |
|---|---|---|
| Robert Giron | ) | |
|     Plaintiff | ) | Case Number: 07CV0042 |
| | ) | |
| v. | ) | |
| | ) | |
| David McFadden | ) | |
|     Defendant | ) | |

**Affidavit of Attempted Service**

I **RD Carter JR** having been duly authorized to affect service of process upon thee above stated defendant due hereby state the following. That I am above the age of 21 and have no interest in this matter and that my company name and address are The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That the following efforts took place to serve this defendant;

- This summons and complaint was given to a outside process server located in the state of Pennsylvania.

- That after several attempts the process server reported that the defendant was not found at the address given on the summons and complaint.

- That an extended skip trace was initiated. That skip trace revealed that the defendant had over 20 updated addresses in the state of Pennsylvania.

- That service can only be performed by my associates visiting each of the newly found addresses.

I do hereby state and affirm under penalty of perjury that the afore mentioned statements are true and correct to my best knowledge and belief.

6/15/07
Date

RD Carter JR, CEO
The Carter Corp.
202-220-3018