UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: <u>07cv00425</u> |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

### MOTION TO EXTEND THE TIME WITHIN WHICH
### PLAINTIFF MAY SERVE THE DEFENDANT

Plaintiff, by and through, his undersigned attorney, respectfully requests the Court to once again extend the time within which he may obtain service on the defendant. As grounds for this motion, plaintiff avers:

1. The defendant has 24 addresses in Pennsylvania in which he is or has been the owner of record.

2. Since the last extension, plaintiff's process server has diligently been trying to locate the defendant, but given the number of addresses to check out, has not been successful.

3. The process server believes that he is "close" to obtaining service and estimates an additional 30 days will be required. But if, for example, defendant travels away from Pennsylvania for vacation or other reasons, the service will be more prolonged than is currently anticipated.

4. Out of abundance of caution, plaintiff asks the Court to afford his process servers 45 more days. The Summons issued by the Clerk remains valid in terms of time.

5. An Affidavit of the Process Server is appended and incorporated herein by reference.

**WHEREFORE**, the premises considered, plaintiff requests his Motion be granted. A proposed Order is appended.

Respectfully submitted,

/s/ Lawrence S. Lapidus
Lawrence S. Lapidus, D.C. #175042
**KARP, FROSH, LAPIDUS, WIGODSKY
 & NORWIND, P.A.**
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C.  20036
(202) 822-3777

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| Plaintiff, | : |
| v. | : Case No.: <u>07cv00425</u> |
| **DAVID McFADDEN** | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**

Fed. R. of Civ. P 4(m) authorizes the Court to extend the time for "good cause" if service cannot be effectuated within the 60 days authorized by the Rule. Here, the defendant is in Pennsylvania and has numerous addresses in the public record. The plaintiffs' process servers have been attempting service since this Court last extended the time, but checking out so many addresses has been a daunting undertaking. The appended *Affidavit of Attempted Service* details the extent of the problem. The process server has assured counsel that diligent efforts are being made and service is anticipated within 30 days.

However, in an abundance of caution, plaintiff is asking the Court for 45 days, given the extent of the problem. The last extension granted terminates on August 17th. For that reason, plaintiff asks that the time be extended from that date.

Respectfully submitted,

/s/ Lawrence S. Lapidus
Lawrence S. Lapidus, D.C. #175042
**KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A.**
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C. 20036
(202) 822-3777

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Extend Time to Serve Defendant was sent by first class mail, on this <u>16th</u> day of August, 2007 to:

David McFadden
157 Gateshead Way
Phoenixville, Pennsylvania 19464


                                                  <u>/s/ Lawrence S. Lapidus</u>
                                                    Lawrence S. Lapidus

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: <u>07cv00425</u> |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

## <u>ORDER</u>

Upon motion of the plaintiff to extend the time within which he may serve the defendant with process, it appearing from the Affidavit submitted and the representations of counsel, that diligent efforts are being made, but that service has not been effectuated within the time period previously extended, it is therefore, by this Court, this_____day of _____, 2007, it is hereby,

ORDERED, that the time within which plaintiff may effectuate service upon the defendant David McFadden, be, and hereby is extended for 45 days from August 17th, 2007.

_____
Richard W. Roberts,
United States District Judge

cc:

Lawrence S. Lapidus, Esq.
1133 Connecticut Avenue, NW, Suite 250
Washington, D.C. 20036

David McFadden
157 Gateshead Way
Phoenixville, Pennsylvania 19464

United States District Court
District of Columbia

Robert Giron                        )
                                    )
            Plaintiffs              )
                                    )
    v.                              )   Case Number: 1;07CV00452
                                    )   Judge: Richard W. Robert
David McFadden                      )
                                    )
            Defendants              )

**Affidavit of Attempted Service**

I, R.D. Carter, Jr., having been duly authorized to affect service of process in the form of Summons/Complaint and discovery, due hereby affirm having a business name/address of: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am 62 years of age. That I have no interest in this matter. That I have been unable to effect service of process upon the defendant for the following reasons.

- The defendant has twenty-four addresses located in the state of Pennsylvania in which he is or has been the owner of record; see attached.
- That the each one of these properties has to be investigated as to the defendant's ownership status. This is being done telephonically and using other online database systems.

This investigation is ongoing and to date has not been complete. Efforts to locate a valid address for this defendant should be completed within the next 30 days.

_____
The Carter Corporation, Inc.

August 16, 2007


Subscribed and sworn to before me this _16_ day of _August_, 2007.

_____
NIA T. MORSON    Notary Public
Notary Public, District of Columbia

My commission expires:    My Commission Expires October 14, 2011

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# Finder Report

Date: 08/15/07

### Subject Information
Name: DAVID C MCFADDEN
Date of Birth: **10/01/1962**
Age: **44**
SSN: **284-50-xxxx** issued in **Ohio**
between **01/01/1966** and **12/31/1968**

### AKAs (Names Associated with Subject)
DAVID C METADDEN
SSN: 284-50-xxxx

### Indicators
Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

## Address Summary (✔ - Probable Current Address)

996 OLD EAGLE SCHOOL RD STE 117, WAYNE PA 19087-1806, CHESTER COUNTY (Jan 2004 - Jul 2007)

490 BYERS RD, CHESTER SPRINGS PA 19425-9508, CHESTER COUNTY (Dec 2003 - Jun 2007)

641 KOHN ST, NORRISTOWN PA 19401-3753, MONTGOMERY COUNTY (Dec 2006 - Apr 2007)
 Phone at address: (610) 270-9117 **SCARLETT TOMOA**

1117 996 OLD EAGLE SCHOOL RD, WAYNE PA 19087, DELAWARE COUNTY ( 2004 - 2007)

996 OLD EAGLE SCHOOL RD STE 1117, WAYNE PA 19087-1806, CHESTER COUNTY (Jan 2004 - 2007)

1117 OLD EAGLE SCHOOL RD 996, WAYNE PA 19089-0001, DELAWARE COUNTY (Sep 2005 - 2007)

1706 CATHARINE ST, PHILADELPHIA PA 19146-1924, PHILADELPHIA COUNTY (May 1999 - 2007)

1708 CATHARINE ST APT 1ST, PHILADELPHIA PA 19146-1924, PHILADELPHIA COUNTY (Mar 1992 - 2007)

511 ARCH ST, NORRISTOWN PA 19401-5026, MONTGOMERY COUNTY (Jan 1970 - 2007)

513 ARCH ST, NORRISTOWN PA 19401-5026, MONTGOMERY COUNTY (Jan 1967 - 2007)

643 CHAIN ST, NORRISTOWN PA 19401-3746, MONTGOMERY COUNTY (Dec 1994 - 2007)
 Phone at address: (610) 275-3871 **FLORES GONZALEZ LIBORIO**
           (610) 239-0870 **THOMPSON T**

722 CHAIN ST, NORRISTOWN PA 19401-3714, MONTGOMERY COUNTY (Mar 1997 - 2007)
 Phone at address: (484) 231-8915 **ZAVALA RAYMOND**

749 CHAIN ST, NORRISTOWN PA 19401-3713, MONTGOMERY COUNTY (May 1987 - 2007)
 Phone at address: (610) 239-0749 **HERNANDEZ ALEJANDRO**

554 KOHN ST, NORRISTOWN PA 19401-4545, MONTGOMERY COUNTY (Apr 2004 - 2007)
 Phone at address: (610) 278-2610 **AZA ANA**
           (610) 272-3459 **FERNANDEZ VICENTE**
           (610) 313-9473 **MOLINA JAVIER**
           (610) 313-9473 **ROMERO ANGEL**

915 W LAFAYETTE ST, NORRISTOWN PA 19401-4417, MONTGOMERY COUNTY (Oct 1998 - 2007)

701 W MARSHALL ST, NORRISTOWN PA 19401-4514, MONTGOMERY COUNTY (Aug 2004 - 2007)
 Phone at address: (610) 239-1068 **FLOWERS SARA**
           (610) 270-0389 **NORRIS F**

218 MINOR ST, NORRISTOWN PA 19401-4043, MONTGOMERY COUNTY ( 2004 - 2007)
 Phone at address: (610) 239-8847 **RODRIGUEZ LUIS**

128 STANBRIDGE ST, NORRISTOWN PA 19401-4432, MONTGOMERY COUNTY (Sep 2001 - 2007)
 Phone at address: (610) 279-5081 **RUBIN PAULINO**

18 STANBRIDGE ST, NORRISTOWN PA 19401-4430, MONTGOMERY COUNTY (Aug 2004 - 2007)
 Phone at address: (610) 272-2648 **BAUTISTA JANET**

836 STANBRIDGE ST, NORRISTOWN PA 19401-3662, MONTGOMERY COUNTY (Aug 1979 - 2007)

613 WILLOW ST, NORRISTOWN PA 19401-3939, MONTGOMERY COUNTY (Apr 2004 - 2007)

157 GATESHEAD WAY, PHOENIXVILLE PA 19460-1049, CHESTER COUNTY (Feb 1997 - 2007)

22 PLUM CIR, PHOENIXVILLE PA 19460-5764, CHESTER COUNTY (Oct 2004 - 2007)
 Phone at address: (610) 917-8229 **ALBRIGHT R**
             (610) 917-8229 **LOPOLITO DANIEL**

17 LANTERN LN, CHESTERBROOK PA 19087-5823, CHESTER COUNTY (Dec 1986 - 2005)
 Phone at address: (610) 647-4656 **PEREIRA SARITA A**

544 KOHN ST, NORRISTOWN PA 19401-4545, MONTGOMERY COUNTY (Nov 2004)
 Phone at address: (610) 279-5334 **ROSSER JOAN**

INACTIVE, HARRISBURG PA 17105, DAUPHIN COUNTY (Apr 2004 - Aug 2004)

749 CHAIN ST, WAYNE PA 19087, DELAWARE COUNTY (Jun 2004)

1725 SOUTH ST, PHILADELPHIA PA 19146-1528, PHILADELPHIA COUNTY ( 2001)

1265 SUITE 202, WAYNE PA 19087, DELAWARE COUNTY (Oct 1996 - Jan 1999)

1265 DRUMMERS LN STE 202, WAYNE PA 19087-1570, DELAWARE COUNTY (Feb 1998)

202 SUITE, WAYNE PA 19087, DELAWARE COUNTY (Jun 1997)

100 SUITE 1265, WAYNE PA 19087, DELAWARE COUNTY (Aug 1995)

4 MERION AVE, CONSHOHOCKEN PA 19428-2838, MONTGOMERY COUNTY (Jun 1986 - Dec 1992)

20160 PARKSIDE DR, ROCKY RIVER OH 44116-1347, CUYAHOGA COUNTY (Oct 1985 - Dec 1990)
 Phone at address: (440) 331-9245 **MCFADDEN JOHN V**

11 RAMPART DR, CHESTERBROOK PA 19087-5842, DELAWARE COUNTY (Sep 1985 - Apr 1986)

DRUMMERS LN, WAYNE PA 19087, DELAWARE COUNTY
 Phone at address: (610) 688-2538 **DESTEFANO R**
             (610) 687-9587 **NARROW LEWIS**

## Phone Summary

**Phones at Address:**
   (610) 964-9146 - ADVANCED TELECOM SERVICES INC
   (610) 687-4800 - AMERICAN COMPLIANCE SYSTEMS INC
   (610) 964-9259 - CELOTEX CORPORATION
   (610) 687-9070 - ELECTRO PETROLEUM INC
   (610) 687-8000 - LENNON F P ASSOCIATES
   (610) 688-5700 - NIIT TECHNOLOGIES
   (610) 254-8510 - PRINCIPAL INVESTORS GROUP LLC
   (610) 971-6511 - SONIC SOLUTIONS INC
   (610) 270-9117 - SCARLETT TOMOA
   (610) 275-3871 - FLORES GONZALEZ LIBORIO
   (610) 239-0870 - THOMPSON T
   (484) 231-8915 - ZAVALA RAYMOND
   (610) 239-0749 - HERNANDEZ ALEJANDRO
   (610) 278-2610 - AZA ANA
   (610) 272-3459 - FERNANDEZ VICENTE
   (610) 313-9473 - MOLINA JAVIER

DOB: 08/1959
JOHN SCOTT MCFADDEN - 284-50-xxxx
DOB: 08/08/1959
18830 RIVERCLIFF DR, CLEVELAND OH 44126-1746
Phone at address: (440) 356-9804 **MCFADDEN SCOTT**
20160 PARKSIDE DR, ROCKY RIVER OH 44116-1347
Phone at address: (440) 331-9245 **MCFADDEN JOHN V**

## Neighbor Phones

Neighborhood #1:
996 OLD EAGLE SCHOOL RD STE 117, WAYNE PA 19087-1806

Neighborhood #2:
490 BYERS RD, CHESTER SPRINGS PA 19425-9508
485 BYERS RD, CHESTER SPRGS PA 19425-9621
Phone at address: (610) 321-1965 **BAXTER TIM**
495 BYERS RD, CHESTER SPRGS PA 19425-9621
Phone at address: (610) 458-6444 **PHIPPS ANGELA**
501 BYERS RD, CHESTER SPRGS PA 19425-9509
Phone at address: (610) 458-7199 **HAZELWOOD THOMAS F SR**
465 BYERS RD, CHESTER SPRGS PA 19425-9621
Phone at address: (610) 458-1185 **CALLAGHAN DEBBIE**

Neighborhood #3:
641 KOHN ST, NORRISTOWN PA 19401-3753
640 KOHN ST, NORRISTOWN PA 19401-3754
Phone at address: (610) 272-5745 **DAVIS ANA**
639 KOHN ST, NORRISTOWN PA 19401-3753
Phone at address: (610) 239-7648 **LA LIET ANH**
644 KOHN ST, NORRISTOWN PA 19401-3754
Phone at address: (484) 231-1399 **GONZALES LUIS**

Neighborhood #4:
1117 996 OLD EAGLE SCHOOL RD, WAYNE PA 19087

Neighborhood #5:
996 OLD EAGLE SCHOOL RD, WAYNE PA 19087-1806

## Possible Associates Phones

[No Data Available]

## Bankruptcy Filings

[No Data Available]

## Corporate Affiliations

Corporation Name: **ACORN INCORPORATED**
Charter Number: 662844  State of Origin: **OH**  Filing Date:
20160 PARKSIDE DR, ROCKY RIVER OH 44116-1347
Affiliation:
Status: **CANCELLED BUT NAME RESERVED**

---

Corporation Name: **ACORN INCORPORATED**
Charter Number: 662844  State of Origin: **OH**  Filing Date:
20160 PARKSIDE DR, ROCKY RIVER OH 44116-1347
Affiliation: **REGISTERED AGENT**
Status: **CANCELLED BUT NAME RESERVED**