United States District Court for the District of Columbia

Civil Division

| Robert Giron | ) |
| --- | --- |
| Plaintiff | ) |
| v. | ) CA Number 1:07cv00425 |
| David McFadden | ) |
| Defendant | ) |

### Affidavit of Service

I, **Dudley G. Brown**, being a contractor for the Carter Corporation located at 601 Pennsylvania Avenue, N.W., Suite 900, South, Washington, D.C., 20004, hereby attest to the following: That I am above the age of 21 and that I have no interest in this lawsuit. That at **2:00pm**, on the **26** day of September 2007 served the following documents upon the within named defendant **David McFadden**.

Served with: Summons/Complaint/ Initial Order/Interrogatories/ Request for Production of Documents at the defendant's place of business at **996 Old Eagle School Road Wayne, Pennsylvania**.

I do hereby swear and affirm that the information stated in this affidavit of service is true and correct to my best knowledge and belief. This I do solemnly attest to under pain of perjury.

Additional Comments:

Race **Caucasian**    Age **45-50 years of age**    Height **6ft.**    Weight **190** lbs.

9/28/07
Date

Dudley G. Brown