UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GIRON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DAVID MCFADDEN, )<br>)<br>    Defendant. )<br> ) | Civil Action No. 07-425 (RWR) |

## ORDER TO SHOW CAUSE

Plaintiff filed this case and served defendant on September 26, 2007. The defendant has not filed an answer, yet plaintiff has not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before November 5, 2007, plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 25th day of October, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge