UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. <u>07cv00425</u> |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

### <u>MOTION FOR ENTRY OF A JUDGMENT BY DEFAULT</u>

Plaintiff, by and through his undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 55 (b) (2) for entry of default judgment, subject to ex-parte proof by jury. As grounds for this motion, plaintiff avers as follows:

1. As the <u>Affidavit of Service</u> filed herein attests, he obtained service of process upon the defendant David McFadden on September 26, 2007.

2. No Answer or other responsive pleading has been filed to date. Neither the defendant nor any attorney purporting to represent the defendant has contacted undersigned counsel.

Accordingly, plaintiff Robert Giron respectfully requests his Motion be granted and that a judgment by default be entered.

Respectfully submitted,

\_\_/s/_____
Lawrence S. Lapidus, Federal Bar #02922
**KARP, FROSH, LAPIDUS, WIGODSKY
 & NORWIND, P.A.**
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C. 20036
(202) 822-3777

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, a copy of Plaintiff's Motion for Entry of a Judgment by Default, which was electronically filed in this case on October 30, 2007, was mailed via first-class mail, postage prepaid, to David McFadden, 996 Old Eagle School Road, Wayne, PA 19087.

__/s/_____
Lawrence S. Lapidus

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. <u>07cv00425</u> |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

## POINTS & AUTHORITIES

Fed R. Civ. P 55 (b) (2) affords the Court with authority to enter a judgment by default. However, this is a negligence case seeking unliquidated damages and a jury trial with respect to same. Therefore, a jury trial will be required to prove the plaintiff's damages. The defendant McFadden is covered by a policy of automobile liability insurance with State Farm and apparently has not turned over the Summons and Complaint to State Farm or State Farm has not responded promptly. In any event, the undersigned will contact State Farm and ascertain whether they will assign counsel to defend Mr. McFadden.

Accordingly, plaintiff suggests the Court allow 10 business days to see whether defense counsel will enter an appearance before setting a hearing date.

                                    Respectfully submitted,

                                    __/s/_____
                                    Lawrence S. Lapidus, Fed. Bar #02922
                                    **KARP, FROSH, LAPIDUS, WIGODSKY**
                                        **& NORWIND, P.A.**
                                    1133 Connecticut Avenue, N.W., Suite 250
                                    Washington, D.C.  20036
                                    (202) 822-3777

                                    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 07cv00425 |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of the plaintiff's motion for entry of judgment by default, it appearing from the record that plaintiff obtained appropriate service of process upon the defendant on September 24, 2007 and more than 30 days have passed without any responsive pleading being filed by the defendant, it is therefore, by this Court, this _____day of _____, 2007,

**ORDERED** that plaintiff's motion for judgment by default by and hereby is GRANTED and it is further

**ORDERED** that the judgment by default be and hereby is entered, subject to ex-parte proof of damages before a jury and it is further

**ORDERED** that, unless this default is set aside on or before November 12, 2007, plaintiff's counsel is to contact the undersigned's chambers no later than November 16, 2007, to schedule this case for a jury trial on ex-parte proof of damages.

_____
Richard W. Robert
United States District Judge

Copies to:

Lawrence S. Lapidus, Esq.
Karp Frosh Lapidus, Wigodsky & Norwind, P.A.
1133 Connecticut Avenue, N.W., Suite 250
Washington, DC  20036

David McFadden
Pro Se
996 Old Eagle School Road
Wayne, PA 19087