UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 07cv00425 |
| | : |
| **DAVID McFADDEN** | : |
| | : |
| Defendant. | : |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

On October 25, 2007, this Honorable Court, noting that plaintiff served defendant McFadden on September 26, 2007, but had not yet moved for entry of judgment by default. On October 29, 2007, plaintiff promptly moved for entry of a judgment by default, subject to ex-parte proof of damages. The reason plaintiff did not move sooner for entry of default as he fully anticipated that the State Farm Automobile Insurance Company would assign counsel to defend this case. Apparently, defendant McFadden has not turned over the service papers to State Farm or conversely, State Farm has not responded in a prompt manner. Be that as it may, plaintiff has responded to the Court's concern by moving for entry of default. Copies of the service papers and the motion will be faxed to Mr. McFadden's claim representative at State Farm.

Respectfully submitted,

__/s/_____
Lawrence S. Lapidus, Federal Bar #02922
**KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A.**
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C. 20036
(202) 822-3777
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, a copy of Plaintiff's Response to Order to Show Cause, which was electronically filed in this case on October 30, 2007, was mailed via first-class mail, postage prepaid, to David McFadden, 996 Old Eagle School Road, Wayne, PA 19087.

    __/s/_____
    Lawrence S. Lapidus