CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert Giron, Plaintiff )
)
vs. )  Civil Action No. 07 CV 00425
)
David McFadden, Defendant )
)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __30th__ day of __October__, __2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __David McFadden__ was [were]: [personally served with process on __September 28, 2007__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __D.C. Code Section 13-423(a)(3) (The Long Arm Statute)__].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
Lawrence S. Lapidus

__02922__
Bar Id. Number

1133 Connecticut Avenue N.W., Suite 250
Washington, DC 20036
Address and Telephone Number  202-822-3777