UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GIRON** | : |
| Plaintiff, | : |
| v. | : Case No.: <u>07cv00425</u> |
| **DAVID McFADDEN** | : |
| Defendant. | : |

### SUPPLEMENTAL RESPONSE TO THE ORDER TO SHOW CAUSE

Plaintiff, through his undersigned counsel, e-filed a Motion to Enter a Default Judgment on October 29, 2007, but was informed by the Clerk's Office that a "Military Affidavit" was required. This Affidavit form requires plaintiff's counsel to swear, among other things related to military service, that the defendant is "not a member of the Enlisted Reserve Corps ordered to report for military service".  Plaintiff's counsel is not able to make such a declaration within the time frame now allotted by the Court.  Plaintiff counsel does know the following:

1.Defendant was personally served;

2.He is a real estate developer who is listed in public records with numerous addresses which plaintiff's process server believed were residential addresses;

3.The address which defendant provided to the plaintiff at the accident scene was not the address at which he resided at the time of attempted service.

While counsel believes that it is highly unlikely and improbable that defendant McFadden is in fact a member of the Enlisted Reserve Corps, he cannot say so under oath without verification by military authorities. As previously noted, defendant is covered by a policy of insurance with the State Farm Automobile Insurance Company, which is obligated by

contract to assign counsel to defend him in this action. The State Farm adjuster on the case was sent a copy of the Complaint and Motion for Entry of Default on October 30, 2007, and accordingly, plaintiff anticipates that defense counsel will appear shortly on the defendant's behalf and no default will be necessary. A copy of the communication with the adjuster is appended as **Exhibit 1.**

Plaintiff respectfully requests that the Court provide a longer period of time --- plaintiff respectfully suggests December 5, 2007 --- before taking any action on this case. In the interim and out of an abundance of caution, plaintiff will attempt to obtain confirmation from military authorities that the defendant is not a member of the enlisted reserve or otherwise involved with military service.

Respectfully submitted,

\_\_/s/_____
Lawrence S. Lapidus, Fed. Bar #02922
**KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.**
1133 Connecticut Avenue, N.W., Suite 250
Washington, D.C.  20036
(202) 822-3777

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Supplemental Response to the Order to Show Cause was sent via first class mail, postage prepaid, on this 30th day of October, 2007 to:

David McFadden
996 Old Eagle School Road
Wayne, Pennsylvania 19087

\_\_/s/_____
Lawrence S. Lapidus

LAW OFFICES

# KARPFROSH
## LAPIDUS, WIGODSKY & NORWIND, P.A.

Suite 250
1133 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 822-3777
FAX (202) 822-9722

Suite 200
2273 Research Blvd.
Rockville, MD 20850
(301) 948-3800
FAX (301) 948-5449

Reply to:
D.C. Office

Ronald A. Karp
Lawrence S. Lapidus
Brian E. Frosh
Jeffrey A. Wigodsky
Edward L. Norwind
J. Philip Kessel
Jack A. Gold
Annie P. Kaplan

Richard T. Tomar
  Chair, Commercial Litigation

Kenneth Braunstein
Lori S. Rothfeld
Murray D. Scheel
Roger P. Manno

OF COUNSEL
Maurice I. Burstein
Sander M. Davidson
Herbert "Chris" Gordon
Steven VanGrack
Michael L. Subin
Elliot B. Adler
David Applestein
William G. Applestein
James C. "Beau" Brincefield, Jr.
Joel M. Finkelstein
Fred B. Goldman
John P. Kudel
Walter A. Olenlewski
Andrew B. Schulwolf
W. Scott Sonntag

* District of Columbia Bar
▼ Maryland Bar
° Virginia Bar
‡ Pennsylvania Bar
✓ New York Bar
● New Jersey Bar

ADDITIONAL OFFICES:
Bethesda, MD
Baltimore, MD
Frederick, MD
Alexandria, VA

WEBSITE
www.karpfrosh.com

October 29, 2007

VIA FACSIMILE 1-888-296-2330 and Regular Mail

Ms. Gail Megahan
Claim Representative
State Farm
Charlottesville Operations Center
P.O. Box 9052
Charlottesville VA  22906-9052
ATTN: Auto Claims Central

    Re:    Your claim number: 38-K531-534
           Your insured: David McFadden
           Our client: Robert Giron
           Date of Loss: October 9, 2004

Dear Ms. Megahan:

    This will inform you that on behalf of Mr. Giron, this firm obtained service of process upon your insured, David McFadden on September 26, 2007. Enclosed please find a Copy of the Complaint, Affidavit of Service and Motion for Entry of Judgment by Default.

    I suggest you assign counsel and have that attorney contact me immediately.

Sincerely yours,

*[signature]*

Lawrence S. Lapidus

Enclosures

EXHIBIT 1