IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON                              :
                                          :
     Plaintiff                          :
                                          :
v.                                        :        Civil Action No: 1:07CV00425
                                          :
DAVID MCFADDEN                            :
                                          :
     Defendant                          :

## CERTIFICATE REGARDING DISCOVERY

I hereby certify, that on this 30th day of November 2007, a copy of  Interrogatories, Request for Production of Documents and Request for Admissions of Genuineness of Facts, was mailed, postage prepaid, to: **Lawrence S. Lapidus, Esquire**, 1370 Piccard Drive, Suite 290, Rockville, MD 20850, Attorney for Plaintiff,  along with a copy of this Certificate, and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

_____
Thomas A. Medford, Jr. #238154
Attorney for Defendant McFadden
7474 Greenway Center Drive
Suite 500
Greenbelt, MD 20770
(301)982-8600