IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GIRON | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | :   Civil Action No: 1:07CV00425 |
| | : |
| DAVID MCFADDEN | : |
| | : |
|     Defendant | : |

## PRAECIPE

All attorneys and staff of the law firm of Timothy S. Smith & Associates are employees of the Corporate Law Department of State Farm Mutual Automobile Insurance Company.

                      Respectfully submitted,

                      _____
                      Thomas A. Medford, Jr. #238154
                      Attorney for Defendant McFadden
                      7474 Greenway Center Drive
                      Suite 500
                      Greenbelt, MD 20770
                      (301)982-8600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 30th day of November 2007, a copy of the foregoing Praecipe, was mailed, postage prepaid, to **Lawrence S. Lapidus, Esquire**, 1370 Piccard Drive, Suite 290, Rockville, MD 20850, Attorney for Plaintiff.

                      _____
                      Thomas A. Medford, Jr.