IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON                    :
                                :
    Plaintiff               :
                                :
v.                              :     Civil Action No: 1:07CV00425
                                :
DAVID MCFADDEN                  :
                                :
    Defendant               :

**DEFENDANT McFADDEN's RESPONSE TO THE COURT'S NOVEMBER 30, 2007 MINUTE ORDER DIRECTING THE DEFENDANT TO SHOW CAUSE WHY THE ANSWER SHOULD NOT BE STRICKEN**

    Comes now defendant David McFadden by and through the undersigned counsel and in response to the Court's November 30, 2007 minute order to show cause as to why the answer should not be stricken states as follows:

    1. The incident that gave rise to the case at bar occurred on October 9, 2004 in Washington, D.C.

    2. That the plaintiff alleged that he obtained service of process over the defendant on September 26, 2007 at the defendant's office.

    3. That the defendant respectfully submits that he was not properly served with the summons and complaint in that he was not personally served and he has never authorized anyone at this office to be has agent for service of process.

    4. That the process server employed by the plaintiff alleges that service of process was proper and previously filed an affidavit of service.

    5. A copy of the affidavit of the defendant that was going to be used, if necessary, in a motion to quash service of process is attached to this response as Exhibit "A"

    6. That in an effort to resolve these issues and thereby achieve judicial economy by avoiding the litigation involved in a motion to quash service of process counsel discussed this situation and reached an agreement to that the defendant would answer the complaint if he was

properly served with process.

7.  The plaintiff, through counsel, consented to this arrangement and the defendant was properly serviced with process on during the week of November 26-30, 2007 and the defendant answered the complaint on November 30, 2007.

8.  The undersigned counsel respectfully submits that the filing of the answer to the complaint was not meant to avoid the rules of this Court or to be in any way disrespectful to the Court but was an effort to resolve a factual dispute between the parties on the question of service of process without the need for the filing of a motion to quash, the response thereto and evidentiary hearings before the Court.

**WHEREFORE**, based on the foregoing defendant McFadden respectfully requests that the answer to the complaint that was filed on November 30, 2007 not be stricken and that this litigation can proceed on the merits.

Respectfully submitted,

_____
Thomas A. Medford, Jr. #238154
Attorney for Defendant McFadden
7474 Greenway Center Drive
Suite 500
Greenbelt, MD 20770
(301)982-8600

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 3rd day of December 2007, a copy of the foregoing response to the Court's November 30, 2007 minute order directing the defendant to show cause why the answer should not be stricken was mailed, postage prepaid, to **Lawrence S. Lapidus, Esquire**, 1370 Piccard Drive, Suite 290, Rockville, MD 20850, Attorney for Plaintiff.

_____
Thomas A. Medford, Jr., Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON                                  :

    Plaintiff                              :

v.                                            :       Case No. 1:07CV00425

DAVID McFADDEN                                :

    Defendant                              :

## **O R D E R**

Upon consideration of defendant McFadden's response to the Court's November 30, 2007 minute order directing the defendant to show cause why the answer should not be stricken and the entire record, it is, by the Court, this _____ day of _____, 2007:

**ORDERED,** that the order to show cause is hereby discharged.

_____
Richard W. Roberts
United States District Judge

Copies to:

Thomas A. Medford, Jr.
Attorney for Defendant McFadden
7474 Greenway Center Drive
Suite 500
Greenbelt, MD 20770
(301)982-8600

Lawrence S. Lapidus
1370 Piccard Drive
Suite 290
Rockville, MD 20850
(301)948-3800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GIRON | : |
| Plaintiff | : |
| v. | : Case No. 1:07CV00425 |
| DAVID McFADDEN | : |
| Defendant | : |

### AFFIDAVIT

I, David McFadden, am over the age of eighteen (18) years and am competent to testify to matters herein, and do state as follows:

1. That my name is David McFadden, I am an adult male and reside in the Commonwealth of Pennsylvania.

2. That I have been named as the defendant in the case at bar

3. That I have never been served with a copy of the summons and complaint in the case at bar.

4. That my office is located in a suite of private offices and the proported affidavit of service does not indicate that service at my office within the suite of offices located at 966 Old Eagle School Road, Wayne, Pennsylvania.

2. That no one at the suite of offices where my office is located, 966 Old Eagle School Road, Wayne, Pennsylvania, has been authorized by me to accept Service of Process of any legal documents on my behalf.

I DO SOLEMNLY DECLARE UNDER PENALTY OF PERJURY, AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

_/s/ David McFadden_
David McFadden

Timothy S. Smith & Associates
RECEIVED
NOV 2 6 2007

SUBSCRIBED AND SWORN to before me this  14th  day of  November  , 2007.

_Kathleen M. Urban_
Notary Public

My Commission expires:  August 05, 2010 

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathleen M. Urban, Notary Public
Tredyffrin Twp., Chester County
My Commission Expires Aug. 5, 2010
Member, Pennsylvania Association of Notaries

Nov. 13. 2007 9:18AM Case 1:07-cv-00425-DAR   Document 14-2   Filed 12/03/2007   Page 2 of 2   No. 0609   P. 3