IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT GIRON | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No: 1:07CV00425 |
| DAVID MCFADDEN | : | |
|     Defendant | : | |

## CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE

COMES Now the Defendant, David McFadden, by and through counsel, Thomas A. Medford, Jr., and with the consent of counsel for the Plaintiff, Lawrence Lapidus, respectfully requests that this Honorable Court continue the Scheduling Conference presently scheduled for February 11, 2008, and as reasons therefore, states as follows:

1.  Counsel for the Plaintiff is presently scheduled to be in a Jury Trial in another matter in the Superior Court for the District of Columbia on the same date.

2.  Counsel for the Plaintiff and the assistant to counsel for the Defendant conducted a conference call with the Clerk to Judge Robertson during which it was agreed that the Scheduling Conference could be rescheduled to **March 10, 2008 at 2:00 p.m.**

3.  That undersigned counsel has consulted with Plaintiff's attorney, Lawrence Lapidus, Esquire, and Plaintiff consents to this motion.

WHEREFORE, the Defendant, David McFadden, requests this Honorable Court to continue the Scheduling Conference of February 11 2008 to **March 10, 2008 at 2:00 p.m.**

          Respectfully submitted,

          _____
          Thomas A. Medford, Jr., #238154
          Attorney for Defendant Johnson
          7474 Greenway Center Drive, Suite 500
          Greenbelt, MD 20770
          (301)982-8600

## MEMORANDUM OF POINTS AND AUTHORITIES

1.     The Record herein.

2.     The Standing Order For Civil Cases.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of February, 2008 a copy of the foregoing Consent Motion to Continue Initial Scheduling Conference , was mailed, postage prepaid, to: **Lawrence S. Lapidus, Esquire**, 1133 Connecticut Avenue, N.W., Suite 250, Washington, DC 20036.

          Thomas A. Medford, Jr., Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GIRON : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No: 1:07CV00425 |
| : | |
| DAVID MCFADDEN : | |
| : | |
| Defendant : | |

## **ORDER**

Upon consideration of the Consent Motion to Continue the Scheduling Conference, the Memorandum of Points and Authorities in support thereof and the entire record it is, by the Court this _____ day of _____, 2008;

**ORDERED**, that the Scheduling Conference is hereby continued from January 11, 2008 to March 10, 2008 at 2:00 p.m.

_____
JUDGE

Copies:

Thomas A. Medford, Jr., Esquire
Attorney for Defendant
7474 Greenway Center Drive
Suite 500
Greenbelt, MD 20770

Lawrence S. Lapidus, Esquire
1133 Connecticut Avenue, N.W.
Suite 250
Washington, DC 20036