UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON,

    Plaintiff,

v.

DAVID MCFADDEN,

    Defendant.

Civil Action No.07-0425
RWR/DAR

**ORDER REFERRING CIVIL ACTION**
**FOR DELAYED MEDIATION**

With the consent of the parties, it is, this 10th day of March, 2008,

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence on May 8, 2008 and to conclude 30 days thereafter; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

March 10, 2008

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge