## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON                                    :
                                                :
       Plaintiff,                        :
                                                :
    v.                                        : Case No.: <u>07cv00425</u>
                                                :
DAVID McFADDEN                                  :
                                                :
      Defendant.                        :

### PLAINTIFF'S  PRELIMINARY RULE  26 (a) (2) (B) STATEMENT

    Plaintiff, by and through his undersigned counsel, hereby serves Notice pursuant to Fed. R.

Civ. P. 26 (a) (2) (B) that plaintiff intends to call at trial the following expert witness:

        Richard J. Lurito, Ph.D.
        1491 Chain Bridge Road Suite 300
        McLean, Va. 22101

    Dr. Lurito is an economist who was asked to review the plaintiff's economic losses. His

report dated April 8, 2008 is appended hereto and incorporated herein by reference. The report

sets forth Dr. Lurito's opinions and the basis therefore. Appended and also incorporated by

reference are his curriculum vitae, testimonial history and fee schedule. These documents are being filed as

**Exhibit 1, Exhibit 2, and Exhibit 3**. Upon request, these documents can be forwarded in electronic

format.

    While no medical doctor has been retained as yet for the purpose of litigation within the

meaning of Fed. R. Civ .P 26(a) (2) (B), this will nonetheless (out of an abundance of caution)

provide Notice that plaintiff intends to call Andrew Siekanowicz,  M.D. an orthopedic surgeon

and the plaintiff's principal treating physician as an expert medical witness at trial. In addition to

describing the nature and extent of the plaintiff's injuries proximately caused by the automobile

collision at issue in this case, Dr. Siekanowicz is anticipated to opine that all of the medical bills

provided to the defense in the Initial Disclosures were fair, reasonable & necessary. It is anticipated that this doctor's testimony will be the same as set forth in his medical records. He will testify to the treatment rendered by other health care providers and the necessity therefore as set forth in the medical records of these providers afforded to the defense.

It is not known at this point whether Dr. Siekanowicz will testify to the existence of any permanent injury proximately caused by the collision at issue or any type of residual impairment causally related to the collision at issue. Defense counsel will be notified shortly, by a supplemental letter regarding whether or not this physician has an opinion concerning permanency of the plaintiff's injuries causally related to the motor vehicle collision at issue."[1]

By the same token, this will also provide notice that plaintiff intends to call Joshua Ammerman, M.D. about his late father's treatment and analysis of the plaintiff as well as his own. Dr. Joshua Ammerman is board-certified in neurosurgery and was in practice with his late father Dr. Bruce Ammerman for approximately 6 months until Dr. Bruce Ammerman's untimely passing last August. It is anticipated that Dr. Joshua Ammerman will testify, in accordance with his late father's medical report dated February 1, 2007, a copy of which has been previously provided to defense counsel as part of plaintiff's Initial Disclosures, that plaintiff has a 10% permanent partial impairment causally related to the collision at issue herein. Dr. Joshua Ammerman's curriculum vitae is appended hereto as **Exhibit 4** and incorporated herein by defense. Dr. Ammerman may be asked for an opinion on the fairness, reasonableness & necessity of all medical bills causally related to the collision at issue as well as the nature and extent of medical examinations and treatments provided by other health care providers which are causally related to the collision at issue.

---

[1] While Neither Dr. Siekanowicz amd Dr. Ammerman have not been retained for litigation purposes within the meaning of Fed. R. Civ. 26 (a)(2)(B), they nevertheless will be paid professional fees for their time coferring with counsel and attending the trial or providing *de bene esse* deposition. Accordingly, their curriculum vitaes are appended as Exhibit **4 and Exhibit 6.** Additionally, Dr. Siekanowicz's fee schedule is appended as **exhibit 7** and Dr. Ammerman's fee schedule is appended as **Exhibit 5.**

Respectfully Submitted,

By:              /s/

Lawrence S. Lapidus, Federal Bar No.: 02922
KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A
1133 Connecticut Avenue, NW
12th Floor
Washington, D.C. 20036
(202) 719-8936

Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Preliminary Rule 26 (a) (2) (B) Statement and appended exhibits was mailed, first-class, postage prepaid, this _14th_ day of April, 2008, to:

Thomas A. Medford, Jr. Esquire
7474 Greenway Center Dr.
Suite 500
Greenbelt, MD 20720


_/s/_
Lawrence S. Lapidus



Financial and Economic Consulting

Richard J Lurito  Ph D
*President*

April 8, 2008

Lawrence S. Lapidus, Esq.
Karp Frosh Law Firm
1133 Connecticut Avenue, N.W.
Suite 250
Washington, D.C. 20036

Re: Robert L. Giron Case

Dear Mr. Lapidus:

The purpose of this amended report is to set out the economic loss suffered by Mr. Robert L. Giron due to the injuries he sustained in a motor vehicle accident on October 9, 2004. At the time he was injured Mr. Giron was 52.42 years old, having been born on May 10, 1952. According to the 2004 <u>Life Tables</u>, published by the U.S. Department of Health and Human Services, a white male, age 52, has 27.4 years of remaining life expectancy. U.S. Department of Labor data indicate that the worklife expectancy of a college-educated male, age 52, is 13.0 more years.[1] Hence, Mr. Giron could have expected to work until age 65.42.

At the time he was injured Mr. Giron was employed as a professor at Montgomery College. He taught English Literature and English as a second language. Mr. Giron was paid $69,359 in base pay for the nine-month academic year 2004-2005. He also taught summer school for which he was paid $9,132. Mr. Giron's base pay rose to $73,197 for the 2005-2006 academic year and to $9,537 for summer school. His base pay increased to $77,412 for the 2006-2007 academic year and was $9,149 for summer school.

Mr. Giron advised me that due to the injuries he sustained in the motor vehicle accident, he missed the days set out in Table A, Column 1, below:

---

[1] "Worklife Estimates: Effects of Race and Education", U.S. Department of Labor, Bureau of Labor Statistics, Bulletin 2254, February, 1986, Table A-3.

1491 Chain Bridge Road. Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674

2

Table A

| Day(s) Missed (1) | Number Of Days Missed (2) | Lost Pay (3) | Present Value of Lost Pay [5] (4) |
|---|---|---|---|
| 10/12/04 | 1 | $    444 [1] | $    508 [6] |
| 10/29/04 | 1 | 444 [1] | 508 [6] |
| 10/24/05 | 1 | 469 [2] | 515 [7] |
| 2/16/06-5/12/06 | 62 | 31,227 [3] | 33,722 [8] |
| 5/30/06-7/6/06 | 23 | 3,237 [4] | 3,467 [9] |
| Total | | $35,821 | $38,720 |

[1] There are 156 teaching days per academic year.  At $69,359 per academic year, the daily pay is $444.61 ($69,359/156).

[2] At $73,197 per academic year, the daily rate is $469.21 ($73,197/156).

[3] At $78,573 per academic year, the daily rate is $503.67 ($78,573/156); $503.67 x 62 days is $31,227.

[4] At $9,149.65 for summer school is $140.76 per day ($9,149.65/13 weeks x 5 days); $140.76 x 23 days is $3,237.

[5] A 4.0% discount (interest) rate is used to compute present value.

[6] $444 x $1.04^{3.42}$ = $508.

[7] $469 x $1.04^{2.4}$ = $515.

[8] $31,227 x $1.04^{1.96}$ = $33,722.

[9] $3,237 x $1.04^{1.75}$ = $3,467.

Column 3 of Table A shows Mr. Giron's lost pay and Column 4 shows the present value of his lost pay based on the use of a conservative 4.0% discount (interest) rate.  As the total of Column 4 shows Mr. Giron lost $38,720 in pay in present value terms due to the injuries he sustained in October, 2004.

In addition to losing pay at Montgomery College, Mr. Giron also indicated that he lost $720 in 2006, $860 in 2007 and each year thereafter because he is no longer able to give poetry lectures in the Arlington County School District.  Table B, Column 2, below shows that he will likely lose at least $9,991 in lecture income in total dollars over the 11.78 years of working life he had remaining at the start of 2006.[1]  The present value of this loss is $8,795, as the total of Column 3 of Table B shows.

[1] At the start of 2006 Mr. Giron was 53.64 years old; had he lectured until age 65.42, he will lose 11.78 years of lecturing (65.42 – 53.64).

3

## Table B

| Year (1) | Lost Earnings (2) | Present Value of Loss [b] (3) |
|---|---|---|
| 2006 | $ 720 | $  779 |
| 2007 | 860 | 894 |
| 2008 | 860 | 860 |
| 2009 | 860 | 827 |
| 2010 | 860 | 795 |
| 2011 | 860 | 765 |
| 2012 | 860 | 735 |
| 2013 | 860 | 707 |
| 2014 | 860 | 680 |
| 2015 | 860 | 654 |
| 2016 | 860 | 628 |
| 2017 | 671 [a] | 471 |
| Total | $9,991 | $8,795 |

[a] 78% of $860
[b] Based on a 4% discount rate

In addition to suffering an income loss Mr. Giron has also lost the household services he would have been able to provide had he not been injured. He advised me that he can no longer perform at least 10 to 12 hours a week of household services that he used to provide prior to the motor vehicle accident. Below is a list of the services he can no longer do as a result of injury:

1. vacuuming
2. heavy grocery shopping
3. lifting or moving objects 10 lbs or more (furniture, etc.)
4. bending down under the bed
5. bending to place a heavy pot in the oven (roasting chicken/turkey)
6. mopping/scrubbing the bathtubs, etc.
7. hanging up pictures if over a sofa or in need of a ladder
8. getting into the attic to bring down objects: files or Xmas objects
9. painting inside the house
10. mowing the grass
11. racking
12. trimming bushes in the yard
13. lifting wood for the fireplace
14. planting flowers/gardening
15. washing the car
16. taking out the trash bins and recycle tub if heavy to the curb
17. repair to the house outside (painting/concrete)
18. heavy sweeping in the storeroom

4

Based on a $12.00 per hour current replacement cost, it is seen that Mr. Giron is losing $6,000 to $7,200 a year worth of household services ($12.00 x 10 or 12 hours x 50 weeks). Based on a 4% per year cost escalation factor and a 4% per year discount rate, it is seen that Mr. Giron has lost $164,400 to $197,280 worth of household services in present value terms over the 27.4 years of expected life he had remaining in October, 2004 when he was injured.

Finally, Mr. Giron advised me that between October 9, 2004 and April 23, 2007 he drove 2,076.3 miles to medical examinations and treatments related to the injuries he suffered in the October 9, 2004 motor vehicle accident. According to AAA the average cost per mile of driving in the United States was 54.1 cents. Hence, in 2007 dollars, it cost Mr. Giron $1,123 to drive the 2,076.3 miles referred to earlier. The present value cost is $1,168 ($1,123 x 1.04).

In sum, Mr. Giron has suffered at least four types of economic loss due to injury. They are as follows:

|   | Aspect Of Loss | Pecuniary Loss |
|---|---|---|
| 1. | Lost Teaching Earnings | $ 38,720 |
| 2. | Lost Lecturing Earnings | 8,795 |
| 3. | Lost Household Services | 164,400-197,280 |
| 4. | Lost Driving Costs | 1,168 |
| 5. | Total | $213,083-$245,963 |

Hence, in my opinion, a lump-sum payment of at least $213,083 to $245,963 needs to be made to Mr. Giron today to compensate him for the pecuniary loss he has suffered as a result of the injuries he sustained in October, 2004. His loss is at least in this range because it does not include the medical and medical-related costs that he has had to incur to date due to his injuries or the medical and medical-related costs he may have to incur in the future as a result thereof.

Very truly yours,

Richard J. Lurito, Ph.D.



**RL** INC.
Financial and Economic Consulting

Richard J. Lurito, Ph D
*President*

## CURRICULUM VITAE

### Richard J. Lurito, Ph.D.
1491 Chain Bridge Road, Suite 300
McLean, Virginia 22101
Telephone: 703/442-4528          Telecopier: 703/893-1674

### Education:

University of Illinois, B.A. (Economics), 1958. Double degree in Languages.
Georgetown University, M.A. (Economics), 1963.
Georgetown University, Ph.D. (Economics), 1969.

### Awards:

Georgetown University Fellow, 1960-1961.
Relm Foundation Fellow, 1961-1963.
H.B. Earhart Fellow, 1963-1965.
American Enterprise Institute Fellow, 1965-1967.

### Employment:

Commonwealth Consulting Group, Inc., McLean, Virginia:
    Senior Economist and President, October 1972 to present.
RL, Inc., McLean, Virginia:
    Economist and President, November 1981 to present.
General Services Administration:
    Acting Economic Counselor, February 1972 to October 1972.
    Deputy Economic Counselor, July 1971 to February 1972.
Georgetown University:
    Professorial Lecturer, 1973-1976.
    Assistant Professor, Economics, 1969-1973.
    Statistics Laboratory Instructor, 1960-1962.

### Consulting:

Stitt & Hemmendinger, Attorneys at Law, 1961-1962.
U.S. - Japan Trade Council, 1961-1962.



PLAINTIFF'S
EXHIBIT

1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674

Richard Lurito, Ph.D.                                                          2

Trade Relations Council:
"Economic Impact of the War on Poverty", 1963.
"The Impact of Foreign Trade on Employment in the United States", 1965. (Collaborated with Dr. William McElroy.)


Eugene L. Stewart, Esq., Attorney at Law. Economic Consultant:

January 1964.                American Aniline Products, Inc., Request of American Aniline Products, Inc. for Reservation of Synthetic Organic Dyes, Pigments and Intermediates from Trade Agreement Negotiations.

February 1964.              Scientific Glassware Manufacturers, Gray Laboratory Apparatus Section, Scientific Apparatus Makers Association. Brief in support of the Reservation of Scientific Glassware from Trade Agreement Negotiations.

January 1964.               Man-Made Fiber Producers Association. Statement of Views on Inclusion of Articles of Man-Made Fiber Textiles in the List of Articles for Possible Consideration in Trade Agreement Negotiations.

January 1964.               Committee on Ammonia Tariffs. Brief in Support of Petition to U.S. Government for the Establishment of a Tariff on Imports of Synthetic Nitrogenous Chemicals of Fertilizer Grade.

March 1964.                 In regard to Negotiations under the Trade Expansion Act of 1962: Before the U.S. Tariff Commission and Trade Information Committee. U.S. Tariff Commission Investigation No. TEA-221(b)-1, Trade Information Docket 63-2, March 1964, Electronic Industries Association, in support of the Views of the U.S. Electronics Industry. (Collaborated with Dr. F. William McElroy.)

1965. Fibre-Box Association. Minimum Wage-Hour Amendments, 1965. Hearings before the General Subcommittee on Labor of the Committee of Education and Labor of the House of Representatives, 89th Congress, 1st Session, on H.R. 8259, Part 3, pp. 1465-1568. (Collaborated with Dr. F. William McElroy.)


American Enterprise Institute:
Constructed Information Retrieval System on Antitrust Law and Economics, 1965-1966.
          January 1966. Economic Report of the President:
Hearings before the Joint Economic Committee, 89th Congress, 2nd Session, Par 3. Henry W. Briefs, "The Wage-Price Outlook for 1966: An Appraisal". (Collaborated with Dr. Henry W. Briefs.)
General Services Administration. Economic Consultant, 1970-1971.
Commonwealth Consulting Group, Inc. Public Utility and Human Capital Economist.

Richard Lurito, Ph.D.                                                          3

## Memberships:

American Economic Association
American Finance Association
American Statistical Association
National Association of Regulatory Utility Commissioners

## Publications:

R.J. Lurito and E.W. Dinkelacker, "The Social Rate of Discount: Theory, Measurement and
    Implications." Society of Government Economists, Papers, 1972.
"Returns to Scale: Theoretical Aspects, Estimation Model and Simulation Results", 1969. (Ph.D.
    Dissertation.)
Henry W. Briefs and Joseph L. Tryon, U.S. Economic Growth: Issues and Prospects.
Washington, D.C.: Georgetown University Press, 1963. (Author of Chapter 4.)
R.J. Lurito and B.M. Louiselle, "Economic and Financial Implications of Alternative Ratemaking
    Treatment of Plant Cancellations, Abandonment and Premature Retirements". Changing
    Patterns In Regulation, Markets and Technology, 1984. MSU Public Utility Papers.

## Major Fields:

Public Utility Economics
Labor Economics
Industrial Organization
Statistics

## Courses Taught:

Labor Economics
Elements of Statistics
Principles of Economics
Intermediate Economic Theory
Industrial Organization and Government Regulation of Business

## Detailed Job Description of Employment Listed Above:

    At the present time I am a Senior Economist at Commonwealth Consulting Group, Inc.,
1491 Chain Bridge Road, McLean, Virginia. My responsibilities are centered in the following
areas:

(1)    performance of economic and financial analyses aimed at determining the fair rate of return
    for public utilities operating in the telephone, electric, gas distribution, gas pipeline and

Richard Lurito, Ph.D.                                                                                                4

water industries;

(2)     performance of economic analyses to determine the proper allocation of costs in such public
        utilities, which serves as the basis for establishing appropriate rate structures;

(3)     preparation of expert testimony, rebuttal and cross-examination to be presented before state
        public utility commissions as well as before federal regulatory agencies;

(4)     presentation of expert testimony before state public utility commissions and federal
        regulatory agencies; in this context, I have testified in over two hundred rate cases in fifteen
        states and the District of Columbia, as well as in cases before the Federal Energy Regulatory
        Commission, the Federal Communications Commission, the Canadian National Energy
        Board, and the U.S. Postal Rate Commission;

As President of RL, Inc. my responsibilities include preparation of expert testimony in legal
actions involving economic loss as a result of death, injury or discrimination and the
presentation of testimony in such cases; I have testified in some five hundred such cases and
have been qualified as an expert witness in the District of Columbia and in the states of
Maryland, Virginia, Nevada, New York, North Carolina, Pennsylvania, West Virginia,
Louisiana, Georgia, California, Nebraska, Kentucky, Tennessee, Florida, and North Dakota.
The following is a partial list of the law firms and other organization with which I have
worked in this capacity:

Cadeaux & Taglieri; Washington, D.C.
Ashcraft & Gerel; Washington, D.C., Maryland and Virginia
Koonz, McKenney, Johnson, DePaolis & Lightfoot; Washington, D.C., Maryland, Virginia and
        Connecticut
Jack H. Olender & Associates; Washington, D.C.
Aaron M. Levine & Associates; Washington, D.C.
Shulman, Rogers, Gandal, et al; Rockville, MD
Dugan & Jakubowski; Timonium, MD
Paulson & Nace, P.C.; Washington, D.C.
Williams & Connolly; Washington, D.C.
Steptoe & Johnson; Washington, D.C.
Charles C. Parsons, P.C.; Washington, D.C.
Stein, Mitchell & Mezines; Washington, D.C.
Shiffman & Ricci; Washington, D.C.
Edward C. Bou & Associates; Washington, D.C.
Karp, Frosh, Lapidus, et al; Bethesda, MD
William Artz, P.C.; Arlington, VA
Shevlin & Smith, Arlington, Va.Connerton & Ray; Washington, D.C.
U.S. Department of Justice

From July 1971 to October 1972, I served as Deputy and then Acting Economic Counselor
to the Administrator of the General Services Administration. I also served as Economic Counselor
to the Commissioner of Public Buildings Service. I assisted in advising these officials on the
interrelationships between GSA operating plans, programs and policies and their impact on the

Richard Lurito, Ph.D.                                                                              5

national economy. I also served as the GSA representative and spokesman on inter-agency and cabinet-level committees concerned with economic policy in the absence of the Administrator. I directed and assisted in the direction of GSA staff work for boards and committees such as the Cabinet Committee on Construction, the Government Regulations and Purchasing Review Board, the Interagency Committee on Construction Prices and Wages, and the Metropolitan Board of Trade's Committee on Downtown Development.

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL | CASE |
|---|---|---|---|---|
| Michael Feldman | Berman Sobin & Gross, LLP | Judge Hedge  D.C. Sup. Ct. | 1/24/2008 | Cher Anyanwu v. Howard University Hospital  Case No. 04-CA-004754 |
| Jeffrey Peek | Cardaro & Peek, LLC | Judge Scrivener  Cir. Ct. Montgomery County | 1/17/2008 | Kathleen Culliton v. Shady Grove Adventist Hospital  Case No. 273196-V |
| William Artz | William Artz, PC | Judge McSweeney  Fairfax Cir. Ct. | 1/16/2008 | Nancy Smith v. Byungki Kim, M.D.  Case No. 2006-4965 |
| Allen H. Sachsel | Sachsel Law Firm | Judge Wisenant  Cir. Ct. Pr. Wm. County | 1/8/2008 | Kathleen Koval v. Mary Riggleston At Law No. 30126 |
| Patrick Regan | Regan Zambri & Long | Judge Wm. T. Newman Cir. Ct. Arlington Co. | 12/12/2007 | Mary Olivari v. White, et al. 03-224 |
| Kevin Goldberg | Goldberg & Finnegan | Judge G. Fisher  D.C. Sup. Ct. | 10/17/2007 | Julie Schneider v. Georgetown U. Hospital  C.A. No. 05-0005042 |
| Diana K. Hobbs | Snyder, Weltcheck & Snyder | Judge W.M. Pierson  Cir. Ct. for Baltimore City | 10/9/2007 | Barbara Thompson v. Advanced Radiology  Case 24-C-06-002203 |
| George Shadoan | Shadoan, Michael & Wells | Judge Scrivener  Cir. Ct. Montgomery County | 9/10/2007 | Harry A. Harrison, et. Al v. Daimler Chrysler Corp.  Civil No. 273516-V |
| Allen Eaton | The Eaton Law Firm | Judge Potter  Pr. Wm. Co. Cir. Ct. | 8/29/07 8/30/07 | Anita Cummings v. Dion Evans Case No. 67155 |
| George Tolley | Dugan, Babji & Tolley | Judge F. Arnold  Cir. Ct. Carroll Co. Md. | 8/1/2007 | Josie Gist, et al v. Eleanor Yoon, M.D.  Case No 00-C-04-041751 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Alprin D.C. Superior Court | 6/8/2007 | Edward Colahan v. Dupont Circle Physicians Group |
| Lawrence Lapidus | Karp, Frosh, Lapidus, Wigodsky & Norwind | Judge Northrop  Cir. Ct. P.G. County | 6/5/2007 | Marcia Hughes-Cleveland v. Barbara Julius |
| Scott Perry | Bruce J. Klores & Associates | Judge Ross  D.C. Sup. Ct. | 5/21/2007 | Mezeret Berhanu v. Washington Oncology Center  Case No 04CA 003781 |



PLAINTIFF'S EXHIBIT
2

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Date | Judge / Court | Case |
|---|---|---|---|---|
| Rebecca Strandberg | Rebecca N. Strandberg & Associates | 5/16/2007 | Judge Mason Cir. Ct. Montgomery County | Gasper v. Ruffin CA No. 268120-V |
| Denis C. Mitchell | Stein, Mitchell & Mezines | 5/7/2007 | Judge Ross D.C. Sup. Ct. | Lyn S. Gross v. Wm. O. Bank, M.D. CA 05CA003365 |
| Barry Nace | Paulson & Nace | 3/18/2007 | Judge Retchin Sup. Ct. D.C. | Megin Sussman v. GWU & Medical Faculty Ass. Case No. 05-0009018 |
| Danielle Bridgeforth | Miller & Associates | 2/26/2007 | Judge Potter Pr. Wm. Co. Cir. Ct. | Sandra Lauseng v. Wampler, M.D. Law No. 65789 |
| Anthony Newman | Newman & McIntosh | 2/22/2007 | Judge Liebovitz D.C. Sup. Ct. | Bisbing v. Ammerman, M.D. Case No. 02-008343 |
| Scott Perry | Bruce J. Klores & Associates | 2/15/2007 | Judge Kemler Cir. Ct. Alexandria | Maher v. Inova CL0600/771 |
| Patrick Regan | Regan, Zambri & Long | 2/13/2007 | Judge Zeldon Sup. Ct. D.C. | Steven Pavsner v. Elizabeth Ross, M.D. CA # 05-1497 |
| Frank Spector | Spector & Kopec | 1/18/2007 | Judge Kershaw Circuit Court Baltimore City | Tarajean King v. Karen Perkins, M.D. Case No. 24C05008460 |
| J. Philip Kessel | Karp, Frosh, Lapidus, et al | 1/17/2007 | Judge Brown Circuit Court City of Alexandria | Sanders v. Friedlander, Jr. Case No. CL04001435 |
| Andrew Slutkin | Snyder, Slutkin & Snyder | 12/7/2006 | Judge Lynn Stewart Circuit Court Baltimore City | Rebecca Waldt, et al v. University of Maryland Medical System Case No. 24-C-05-0086530T |
| Kevin Goldberg | Goldberg & Finnegan | 12/6/2006 | Judge Retchin Sup. Ct. D.C. | Adrienne Gales v. Karen Buck Case No. 04CA009210 |
| Thomas Mitchell | Bruce J. Klores & Associates | 11/1/2006 | Judge G. B. Lee Fed. Ct. Alexandria | Andrew Cibula v. USA U.S. District Court, Eastern District of VA Ca No.1:05cv1386 |
| Bruce Babji | Dugan, Babji & Tolley | 9/22/2006 | Judge M. Finifter Cir. Ct. Balt. Co. | McQuitty v. Spangler 03-C-01-0009276 |
| Jonathan C. Dailey | Caplan, Buckner & Kostecka | 7/18/2006 | Judge Fisher D.C. Sup Ct. | Daryl Lash, Sr. v. Howard University Hospital CA 03-ca-000969 |
| Joseph Cammarata | Chaikin & Sherman | 3/3/2006 | Judge Ross D.C. Sup. Ct. | Camay Mitchell v. Paul Clemencia CA 6187 2005 |
| Bruce J. Klores | Bruce J. Klores & Associates | 2/16/2006 | Judge Dugan Montgomery Co. Cir. Ct. | De La Torre r. Thomas Militano, M.D. |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | |
|---|---|---|---|
| Edward C. Bou | Bou & Bou | Judge Lombardi Prince George's County Circuit Court | 2/14/2006 | Marjorie Edwards v. Irma Dean Smith Case No. CAL 04-05392 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Titus U.S. District Court Greenbelt, MD | 2/10/2006 | Ruth A. Lawson v. United States of America Case No: AW-03CV884 |
| Barry Nace | Paulson & Nace | Judge Wooldrige Cir. Ct. Fairfax County | 2/8/2006 | |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Matricciani, Cir. Ct. for Baltimore City | 2/1/2006 | Aidan Gimbel v. American Radiology Services Case No 24-C-04-009662 OT |
| Gary Godard | Miller & Associates | Judge Duncan-Peters, D.C. Sup. Ct. | 1/27/2006 | Bernice Fleming v. Providence Hospital CA No. 04-4639 |
| Terrell Roberts | Roberts & Wood | Judge Lombardi Prince George's County Circuit Court | 1/12/2006 | Prince Jones, Sr. v. Prince George's County CAL 01-03974 |
| William E. Artz | William E. Artz, P.C. | Judge Kendriet Arlington Co. Cir. Ct. | 1/10/2006 | Timothy Grinnings v. Falls Church Medical Center Case No. 04-558 |
| John Costello | John Costello & Associates | Judge Shepherd, Prince Georges Co. | 12/7/2005 | Cynthia Deas v. Dr. Odacha |
| Patrick Regan | Regan, Halperin & Long | Judge Alpin D.C. Superior Court | 12/6/2005 | Michael Duplessie, M.D. v. Theresa McGowan, Case No. 03ca002708 |
| George Tolley | Dugan, Babij & Tolley | Judge Quarles Fed. Ct. Baltimore | 6/27/2005 | Marilyn Mayo, et al v. United States CA No. AMD-03-3457 |
| Brian Shevlin | Shevlin & Smith | Judge Blackburn-Rigsby D.C. Sup Ct | 6/23/2005 | Michael Amaann v. William Hazel, Jr. M.D. CA No 03CA006340 |
| Jeffrey Shane | Shulman, Rogers, et al | Judge Campbell Sup Ct. D.C. | 6/2/2005 | Paul W. Bridenhagen v. Michael Theodoulou, D.P.M. et al CA No 03-0009580 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | |
|---|---|---|---|
| Andrew J. Waghorn | William E. Artz, P.C. | Judge Haddock Cir Ct. Alexandria | 5/24/2005 | Glen Giles v. Yousef Salem, M.D. No: CL0400194 |
| Paul Wiesenfeld | Wiesenfeld & Canarte | Judge Solt Cir. Ct. for Frederick Co. | 5/4/2005 | Tara Caton v. Ravi Yalamanchilii, Md. C-03-1934MM |
| Grandison E. Hill | Law Offices Of Grandison Hill | Judge Wright Sup. Ct. D.C. | 4/7/2005 | Cerrin Clark v. Gaben Management, LLC CA 7285-99 |
| Jeffrey Shane | Shulman, Rodgers, Ganda et al | Judge M. Finifter Cir. Ct. Balt. Co. | 4/6/2005 | Cauley v. Reisinger et al 03-C-02-009970 |
| William E. Artz | William E. Artz, P.C. | Judge Leslie M. Alden Fairfax Cty. Ct. | 4/5/2005 | Frank Mallinson v. Maryida Klimowicz, M.D. At Law No. 221458 |
| Joseph Cammarata | Chaikin & Sherman | Judge Smith Dist. Court P.G. County | 2/15/2005 | Gladys Boodhoo v. Maurice Poindexter CA No. 03-20377 |
| Bruce Klores | Bruce J. Klores & Associates | Judge Quarles Fed. Ct. Baltimore | 2/9/2005 | Veronica Pollard et al v. United States of America CA No. S-02-CV-764 |
| Kenneth Trombly | Schultz & Trombly, PLLC | Duncan-Peters Sup. Ct | 12/7/2004 | |
| Patrick M. Regan | Regan, Halperin & Long | Robertson Fed Ct. D.C. | 12/2/2004 | Joanne Olayinka v. Georgetown University Hospital |
| Roger Johnson | Koonz, McKenney, Johnson | Melvin Wright Sup. Ct. D.C. | 11/17/2004 | Isaac Love v. USA Waste of Maryland, Inc. Civil No: 02-0009344 |
| William E. Artz | William E. Artz, P.C. | Judge Thatcher Cir. Ct. for Fairfax Co. | 10/20/2004 | Harlis C. Breeding, Jr. v. Mert Kivanc, D.O. At law No. 218062 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Laurie Amell | Stein, Mitchell & Mezines | Cir. Ct. for City of Fredericksburg, VA | 9/24/2004 | Shawn Jackson vs. D.C. Anderson, M.D. At law CL01-1112 and CL01-113 |
| Thomas Smith | Shevlin & Smith | Judge Klein Cir. Ct. Fairfax, Co. | 7/25/2004 | Rubio Jimenes v. Frank L. Nuar, M.D.  At law# 214574 |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Judge Scrivener  Cir. Ct. Montgomery County | 7/21/2004 | Elisabeth Hillard v. Gerald Rogell, M.D.  Case No. 242550-V |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Cir. Ct. for Prince Georges Co. | 6/16/2004 | Marlene McDowell v. King Associates  Ltd. Case No. CAL03-15870 |
| Barry J. Nace | Paulson & Nace | J. Lombardi, Cir. Ct. for Prince Georges Co. | 5/25/2004 | Maleka Sago et al v. Elliece Smith, M.D. et al. Case No. CAL03-04540 |
| Joseph Koonz | Koonz, McKenney, Johnson | Charles Co. Cir. Ct. | 4/28/2004 | David McMillan v. Guy & Guy |
| Frank Spector | Dugan, Babij, Tolley & Spector | L. Daniels  Cir. Ct. for Baltimore Cty. | 4/16/2004 | Dylan McQuitty v. Franklin Square Hospital            CA # 03-C-01-009275 |
| Grandison E. Hill | Grandison E. Hill & Associates | Graae  D.C. Sup. Ct. | 4/6/2004 | Cerrin Clark v. Jerry Weinstein, et. al. CA No. 99-7285 |
| Patrick Malone | Stein, Mitchell & Mezines | Terrell Sup. Ct. D.C. | 3/10/2004 | Sharon Burke v. Gary Staples, M.D. CA #01-009379 |
| Bruce J. Klores | Klores & Associates | Wright, Sup. Ct. D.C. | 2/11/2004 | Sardul Pannu vs. Jeff Jacobson, M.D.                    CA #01-7485 |
| Jodi H. Blecker | Jodi H. Blecker, LLC | H. Dawson Cir. Ct. for P.G. Co. | 1/13/2004 | Rita Langley v. Bolling Warfield Smith CAL 02-27269 |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Christopher Mitchell | Stein, Mitchell & Mezines | J. Pincus Cir. Ct. for Montgomery Co. | 10/29/2003 | Juana Daniels v. Leveque & Chrosniak, M.D. |
| C. Drew Fritch | Cardaro & Associates | J. Baldwin Cir. Ct. for Harford County, Md. | 10/1/2003 | Karen Ullmann v. E. Capacio, M.D. Case No. 12-C-99-0024660C |
| John Costello | McCarthy & Costello | J. Lombardi Cir. Ct. for Calvert Co., MD. | 9/24/2003 | Carolyn Heidenreich v. David Denakas, M.D. C-01-0111 |
| George Tolley | Dugan, Babij, etc. | J. Davis Cir. Ct. Wicomico County. | 8/20/2003 | |
| Anthony Newman | Newman & McIntosh | C. Bush Sup. Ct. D.C. | 8/18/2003 | Tiona Shackleford v. Medlantic Healthcare Group CA0003757-00 |
| Daniel Kozma | Koonz, McKenney, Johnson | H. Dixon Sup. Ct. D.C. | 8/18/2003 | Robinson, et. al. v. Kelley, et. al 97CA6013 |
| Michael Shevlin | Shevlin & Smith | G. Finch Fairfax Co. | 7/2/2003 | Estate of David Butler v. Kaiser Permanente At Law 202569 |
| Daniel Kozma | Koonz, McKenney, Johnson | T. Smith Cir. Ct. for Prince George's County | 6/24/2003 | Ransom Evely/Kenneth Moore v. Smithfield Packing Co., Inc. Case No. CAL02-13670 |
| Stephen Skinner | Broder & Reiter | L. Braman Sup. Ct. D.C. | 6/13/2003 | Kronheim v. Busch |
| William Artz | William E. Artz, P.C. | W. Ney Fairfax County | 6/10/2003 | Nancy Bruckner, M.D. v. Lareine Sabella, M.D. At Law 201382 |
| Paul Blumenthal | Law Office of Paul Blumenthal | P.G. County | 4/10/2003 | Sandra Gorman v. Nicholas Visnich, Jr. M.D. Case No. CAL00-23630 Track ST |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | |
|---|---|---|---|
| Patrick Regan | Regan, Halperin & Long | D.C. Sup Ct. Judge Burgess | 4/10/2003 | Miles-McLean et al v. District of Columbia 00 CA 004991 |
| Thomas Smith | Shevlin & Smith | Woolridge Cir Ct. Fairfax County | 3/19/2003 | Kathy Crosson v. Michael Price, M.D. et al At law No. 202776 |
| Gary Kohlman | Bredhoff & Kaiser | G. Kessler Fed Ct. D.C. | 3/18/2003 | Doretha Lindsey, et al. v. District of Columbia, et. al.   Case No. 1:00CV00894 |
| Jarvis Tait | Koonz, McKenney, Johnson, et al | Melvin Wright  Sup. Ct. D.C. | 3/11/2003 | Sheila Hostler v. Big Stuff, Inc. CA 01-5057 |
| Allan Siegel | Chaikin & Sherman | Blackburne-Rigsby  Sup. Ct. D.C. | 3/6/2003 | Shelley Dodson v. Kavona Evans CA # 01 CA00 8439 |
| Keith W. Watters | Keith W. Watters, P. C. | M. Rankin  D.C. Sup. Ct. | 2/11/2003 | Eric Alvarado v. John-John, Inc. CA No. 01 ca 00077125 |
| Richard Semsker | Lippman & Semsker | R. Scribner Cir. Ct. Montgomery Co. | 12/18/2002 | Walter H. Smith, Jr. v. Raytheon |
| Gerard Mitchell | Stein, Mitchell & Mezines | R. Urbina  Fed. Ct. D.C. | 12/12/2002 | Enrique Calva-Cerqueira v. United States  CA No. 99-1198 (RMU) |
| Sandra Robinson | Jack H. Olender & Associates | Z. Bush  Sup. Ct. D.C. | 10/31/2001 | Nina Kozin v. Kaiser Foundation Health Plan  CA No. 00CA 004890 |
| Christopher Mitchell | Stein, Mitchell & Mezines | M. Shaw-Geter  Circuit Court Charles Co., Md | 10/17/2002 | Dianne Soloninka vs. Surgical Associates Chartered Case No. 08-C-01-000986 OT |
| Michael Abelson | Abelson Law Firm | Bruce  Cir. Ct. Anne Arundel Co., MD | 8/29/2002 | Louise Hosey v. Patuxent Medical Group   C-2000-665720T |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | |
|---|---|---|---|
| Randolph Ogg | Bode & Grenier | T. Ellis   Fed. Ct. Alexandria, VA | 8/5/2002 | Adene Hill v. Crown Central Petroleum, Case No. 01-CV-1395 |
| Karen Evans | Jack H. Olender & Associates | S. Duncan - Peters   D.C. Sup.Ct. | 7/9/2002 | Jeffrey Means v. District of Columbia   C.A. No. 99-9027 |
| William Lightfoot | Koonz, McKenney, Johnson | M. Rankin   D.C. Sup. Ct. | 7/2/2002 | Roderick George v. Henry's Wrecker Service                    CA. No. 99-5533 |
| William Lightfoot | Koonz, McKenney, Johnson | Judge Connelly   Fed Dist. Ct. Md (Greenbelt) | 4/29/2002 | Darlene Cockfield v. United States (A No. AW00CV0080) |
| Brian Kim | Paulson & Nace | Circuit Ct. for Washington Co., Md.   Judge Beachley | 4/23/2002 | Julie A. Miley v. Washington County Hospital          CA No. 21-C99-8124-OT |
| Kevin McCarthy | McCarthy & Costello | Abrecht   Sup. Ct.   D.C. | 3/26/2002 | Eugenia H. Vance v. Providence Hospital          C.A. No. 00ca004401 |
| Elaine C. Bredehoft | Charlson & Bredehoft | W. Rowan   Montgomery Co. Circuit Ct. | 3/21/2002 | Greg A. Rosenbaum v. Royal Sun Alliance |
| Kenneth Shepherd | Kenneth Shepherd, LLC | M. Rankin   D.C. Sup. Ct. | 2/5/2002 | Howard Spiller v. Peter Basch, M.D., et.al.   CA 6361-99 |
| Barry Nace | Paulson & Nace | Graae   D.C. Sup. Ct. | 1/23/2002 | Smart v. Trujillo, M.D. C.A. No. 99-5663 |
| Allan Hutter | Allan Hutter, LLC | J. Mize   D.C. Sup. Ct. | 1/9/2002 | Nancy Cross Faith v. Montgomery Kone, et.al.          CA 99-000114 |

**RL** INC.

Financial and Economic Consulting

Richard J. Lurito, Ph.D.
*President*

Below is a fee schedule of services generally rendered by Dr. Lurito in an

economic loss case:

**Report:** **The average report is $2,000, this is just an estimate as each
case is different. The amount is based on the amount of time
and work that goes into the report, not necessarily the length of
the report.**

**Deposition:** **Dr. Lurito charges $325 per hour portal-to-portal with a two-
hour minimum. After two hours he prorates the fee.**

**Testimony:** **Dr. Lurito charges a flat fee of $1,700 for trial testimony. In
cases where he has to appear on more than one day, he will
pro-rate his fee.**

Usually when working with new clients, Dr. Lurito will request a retainer fee of

$1,500, however you may discuss this matter with him directly.



PLAINTIFF'S
EXHIBIT

3

1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674

# CURRICULUM VITAE

## Joshua Michael Ammerman, BS, MD

Washington Neurosurgical Associates, P.C.
3301 New Mexico Ave, NW
Suite 352
Tel: (202) 966-6300  Fax: (202) 364-4362

### *Birth and Citizenship:*

Born November 13, 1974, Washington, DC
Citizen of U.S.A.

### *Personal:*

Wife: Alyssa Beth Ammerman
Children: Hayden Lance Ammerman, Morgan Ashley Ammerman

### *Education*:

| | |
|---|---|
| College: | Emory University, Atlanta, GA<br>8/1992 – 5/1996; B.S. in Biology |
| Medical School: | George Washington University, Washington, DC<br>8/1996 – 5/2000; Doctor of Medicine with distinction |
| Internship: | George Washington University Medical Center,<br>Washington, DC<br>7/2000-6/2001, Department of Surgery<br>Director: Paul Lin, M.D. |
| Residency: | George Washington University Medical Center,<br>Washington, DC<br>7/2001-6/2007, Department of Neurological<br>Surgery<br>Director: Anthony J. Caputy, M.D.<br><br>Childrens' National Medical Center<br>Washington, DC<br>1/2003-6/2003, Department of Neurological<br>Surgery |



PLAINTIFF'S
EXHIBIT
4

Director: Robert F. Keating, M.D.

Fellowship:    National Institutes for Neurological Disorders and
Stroke, National Institutes of Health
Bethesda, MD
7/2003-12/2004, Surgical Neurology Branch
Clinical Research/Neuroncology
Director: Edward H. Oldfield, M.D.

## *Licensure*

District of Columbia (#MD034829)
4/2004-present

Maryland (#D0066133)
5/2007-present

## *Boards*:

USMLE:

| Part 1 | 6/1998 | 245 |
|--------|--------|-----|
| Part 2 | 1/2000 | 240 |
| Part 3 | 5/2001 | 221 |

ABSITE:
88th percentile (2/2001)

ABNS Primary Examination:
648 (95th percentile) (3/2004)

Board Eligible 2009

## *Hospital Appointments/Privileges:*

Sibley Memorial Hospital, Washington, DC
George Washington University Hospital, Washington, DC
Assistant Clinical Professor of Neurosurgery (2007-present)

## *Awards and Honors*:

Washingtonian Magazine's Top Doctors, 2008
Congress of Neurological Surgeons SANS Resident challenge, 3rd place, 2006
Congress of Neurological Surgeons, Integra Foundation Award, 2005
Wolfgang Koos, MD Neurosurgical Resident's Award, 2003
Harvey H. Ammerman Award '43 Prize in the Neurosciences, 2000

Kane-King-Dodek Obstetrical Honor Society, 2000
Alpha Omega Alpha Honor Medical Society, 1999
L. Tauber Medical Student Scholarship, 1999
National Pathology Honor Society, 1998
Omicron Delta Kappa Leadership Honor Society, 1996
Mortar Board, 1996
Emory University Hall of Fame, 1996
Emory University College Council Service & Leadership Award, 1996
Emory College Deans' List – 6 semesters
Alpha Epsilon Delta Pre-Medical Honor Society, 1995
Order of Omega Greek Life Leadership Society, 1995
Who's Who Among American College and University Students, 1996

### *Activities and Experiences*:

**Phi Delta Epsilon, George Washington Chapter**
 Member, 1996-present
 President, 1996-1997
**George Washington University School of Medicine Admissions Committee**
 1997 – 1998
 1999 – 2000
**Emory University College Council**
 Vice-President, 1994-1995
 President, 1995-1996
**Phi Delta Theta Fraternity**
 Member since 1993
**Habitat for Humanity, Atlanta Project, Emory Chapter**
 Co-Director, 1994-1995
**Emory University Honor Council Selection Committee**
 Member, 1994-1995
 Co-Chairman, 1995-1996

### *Societies, Organizations and Committees:*
**American Psychiatric Association**
 Member, 1996-2000
**American Medical Association**
 Member, 1997-present
**American Association of Neurological Surgeons**
 Member, 2000-present
**Congress of Neurological Surgeons**
 Member, 2000-present
**George Washington University Medical Center Operating Room Committee**
 Member, 2005-present
**Sibley Memorial Hospital Emergency Room Committee**
 Member, 2007-present

- 4 -

Sibley Memorial Hospital Cancer Committee
    Member, 2008-present
Indian Journal of Orthopedics
    Ad Hoc Reviewer, 2007-present
Yonsei Medical Journal
    Ad Hoc Reviewer, 2007-present
Southern Medical Journal
    Ad Hoc Reviewer, 2008-present

## Publications:

Ammerman, Shih and **Ammerman**. Unique Considerations for Treating Eating Disorders in Adolescents and Preventive Intervention. *Topics In Clinical Nutrition*. 12(1): 79-87, 1996.

Wolf, **Ammerman** and Jann. Organization of Response in Human Lateral Gastrocnemius Muscle to Specific Body Pertubations. *Journal of Electromyography and Kinesiology*. 8(1): 11-22, 1998.

Jones, R.V. and **Ammerman, J.M.** Intraoperative Pathologic Evaluation of Central Nervous System Hemangioblastoma. *Pathology Case Reviews*. 6(5): 212-217, 2001.

C.L. Rosen, **J.M. Ammerman**, L.N. Sekhar and W.O. Bank. Outcome Analysis of Preoperative Embolization in Cranial Base Surgery. *Acta Neurochir*. 144: 1157-1164, 2002.

**Ammerman, JM**, Ammerman, BJ and Caputy, AJ. Intraoperative Video Monitoring with the MicroLux Camera System. *Neurosurgery*. 52(2): 479-480, 2003.

**Ammerman JM**, Caputy AJ, and Potolicchio SJ. Endovascular ablation of a temporal lobe epileptogenic focus - a complication of Wada testing. *Acta Neurol Scand*.112(3): 189-91, 2005.

Lonser RR, Vortmeyer AO, Butman JA, Glasker S, Finn MA, **Ammerman JM**, Merrill MJ, Edwards NA, Zhuang Z, Oldfield EH. Edema is a precursor to central nervous system peritumoral cyst formation. *Ann Neurol*. 58(3): 392-399, 2005.

**Ammerman JM**, Lonser RR and Oldfield EH. Posterior subtemporal transtentoiral approach to intraparenchymal lesions of the anteromedial region of the superior cerebellum. *J Neurosurg* 103(5): 783-788, 2005.

Lonser RR, **Ammerman JM** and Oldfield EH. Subtemporal transtentorial approach. *J Neurosurg* 104(5): 854-856; comment 855-856, 2006.

**Ammerman JM**, Goel R and Polin RS. Resolution of Chiari malformation after treatment of acromegaly. Case Illustration. *J Neurosurg* 104(6): 980, 2006.

**Ammerman JM**, Lonser RR, Dambrosia J, Butman JA and Oldfield EH. Long-term natural history of hemangioblastomas in patients with von Hippel-Lindau disease: implications for treatment. *J Neurosurg* 105(2): 248-255, 2006.

**Ammerman JM**, Baggenstos M, Jones RV, Sweet J, Goldstein K and Caputy AJ. Multiple metachronous brain metastases from primary ureteral carcinoma. *Urology* 68(3): 673 (e9-e12), 2006.

**Ammerman JM**, Ammerman, MD, Dambrosia J and Ammerman BJ. A prospective evaluation of the role for intraoperative x-ray in lumbar discectomy. Predictors of incorrect level exposure. *Surg Neurol* 66(5): 470-474, 2006.

**Ammerman JM**, Lonser RR, Dambrosia J, Butman JA, Oldfield EH. Integra Foundation Award: Long-term natural history of hemangioblastomas in Von Hippel-Lindau disease: implications for treatment. *Clin Neurosurg.* 53:324-31, 2006.

**Ammerman JM**, Ammerman MD and Magram G. Subarachnoid air mimicking a basilar apex aneurysm. *J Neurosurg (3 Suppl Pediatrics)* 106(3): 244, 2007.

Butman JA, Kim HJ, Baggenstos M, **Ammerman JM**, Dambrosia J, Patsalides A, Patronas NJ, Oldfield EH, Lonser RR. Mechanisms of morbid hearing loss associated with tumors of the endolymphatic sac in von Hippel-Lindau disease. *JAMA.* 298(1):41-48, 2007.

**Ammerman JM**, Kerr PB, Jarrell ST, Caputy AJ. A novel technique for the intraoperative monitoring of detrusor activity in intradural lesions of the cauda equina. Technical note. *Surg Neurol.* 68(3):269-71, 2007.

**Ammerman JM**, Ammerman MD, Leiphart JW. Traumatic Bilateral Thoracic Facet Dislocation Without Fracture. *J Am Coll Surg.* 206(1):186-187, 2008.

## *Texts & Book Chapters*

Polin, R.S., **Ammerman, J.M.**, Nanda A, "Severe Head Injury" Neurobase CD-ROM Textbook, R. Evans, ed., 2001.

Polin, R.S., **Ammerman, J.M.**, Nanda A, "Severe Head Injury" Neurobase CD-ROM Textbook, R. Evans, ed., 2002.

Polin, R.S., **Ammerman, J.M.**, Nanda A, "Severe Head Injury" Neurobase CD-ROM Textbook, R. Evans, ed., 2003.

Polin, R.S., **Ammerman, J.M.**, Nanda A, "Severe Head Injury" Neurobase CD-ROM Textbook, R. Evans, ed., 2004.

Polin, R.S., **Ammerman, J.M.**, Nanda A, "Severe Head Injury" Neurobase CD-ROM Textbook, R. Evans, ed., 2005.

**Ammerman J.M.**, Jarell S.T. and Polin R.S. (2006) Traumatic Intracranial Hemorrhage. In Evans R. (ed): Neurology and Trauma, 2nd ed. Philadelphia: W.B. Saunders. pp. 156-166.

Jarell S.T., Chenelle A., **Ammerman J.M.** and Polin R.S. (2006) Athletic Head Injury. In Evans R. (ed): Neurology and Trauma, 2nd ed. Philadelphia: W.B. Saunders. pp. 506-525.

**Ammerman J.M.** and Caputy A.J. (2006) Video-assisted Thoracoscopic Discectomy. In Schmedick and Roberts (ed): Operative Neurosurgical Techniques: Indications, Methods and Results, 5th ed. Schmedick H.H. and Sweet W.B. Philadelphia: W.B. Saunders. pp. 1981-1990.

Scanlon J.M., **Ammerman J.M.** and Trask A. (2006) Head Injury. In Irwin and Rippe. (ed): Manual of Intensive Care Medicine, 4th ed. Philadelphia: Lippincott Williams and Wilkins. pp. 693-696.

## *Abstracts, Posters & Oral Presentations*:

C. Rosen, **J. Ammerman**, L.N. Sekhar, Z. Levine, W. Bank. Outcome Analysis of Preoperative Embolization in Cranial Base Surgery: Embolization of Skull Base Meningiomas. Presented at the *Neurosurgical Society of the Virginias*, January 20-22, 2000. Greenbriar Resort, W. Virginia.

**J. Ammerman**, S. Potolicchio, J. Varghese and A. Caputy. Sudden Unexplained Death In Epilepsy: The Impact of Anterior Temporal Lobectomy on Autonomic Instability. Presented at the *Neurosurgical Society of the Virginias*, January 17-19, 2002. The Homestead Resort. Hot Springs, Virginia.

**J. Ammerman**, A. Caputy, S. Potolicchio and S. Johnson. SSEPs in Cervical Spine Surgery: Reevaluating the Role for Intraoperative Somatosensory Evoked Potentials in Anterior Cervical Discectomy. Presented at the *Neurosurgical Society of the Virginias*, January 23-25, 2003. The Homestead Resort. Hot Springs, Virginia.

**J. Ammerman**, R Morales. CTA: The use of Computed Tomographic Angiography in the Diagnosis of Ruptured Intracranial Aneurysms. Presented at the *George Washington University Medical Center Neurosurgical Grand Rounds*, April 1, 2003. The George Washington University Medical Center. Washington, DC.

**J. Ammerman**. Spinal Disc Prosthesis. Presented at the *George Washington University Medical Center Neurosurgical Grand Rounds*, October 28, 2003. The George Washington University Medical Center. Washington, DC.

**J. Ammerman** and R. Lonser. The natural history of CNS tumors in VHL: a 10-year follow-up. Presented at the *Neurosurgical Society of the Virginias*, January 22-24, 2004. The Greenbrier Resort. White Sulfur Springs, WVa.

**J. Ammerman**. The Utility of CSF Lactate in the Diagnosis of Meningitis. Presented at the *George Washington University Medical Center Neurosurgical Grand Rounds*, February 3, 2004. The George Washington University Medical Center. Washington, DC.

**J. Ammerman**, R. Lonser, J. Butman, H. DeVroom, E. Oldfield. The natural history of central nervous system tumors in von Hippel-Lindau disease: a 10-year follow-up. Presented at the *6th International Symposium on von Hippel-Lindau*, May 20-23, 2004. Kochi City Culture Plaza. Kochi, Japan.

**J. Ammerman**. The Role of Decompressive Craniectomy in Malignant MCA Stroke. Presented at the *George Washington University Medical Center Neurosurgical Grand Rounds*, September 14, 2004. The George Washington University Medical Center. Washington, DC.

**J. Ammerman**, R. Lonser, J. D'Ambrosia, E. Oldfield. Long-term natural history of hemangioblastomas in von Hippel-Lindau disease: Implications for treatment. Presented at the *10th Annual GW Health Sciences Research Day*. April 22, 2005. George Washington University Medical Center. Washington, DC.

**J. Ammerman**, R. Lonser, J. D'Ambrosia, E. Oldfield. Long-term natural history of hemangioblastomas in von Hippel-Lindau disease: Implications for treatment. Presented at the *55th Annual Congress of Neurological Surgeons*. October 8-13, 2005. Hynes Convention Center. Boston, MA. (Integra Foundation Award Recipient)

**Ammerman JM**, Lonser RR and Oldfield EH. Posterior subtemporal transtentoiral approach to intraparenchymal lesions of the anteromedial region of the superior cerebellum. Presented at the *55th Annual Congress of Neurological Surgeons*. October 8-13, 2005. Hynes Convention Center. Boston, MA.

- 8 -

**J. Ammerman.** <u>Chronic subdural hematoma: an evidence based review</u>. Presented at the *George Washington University Medical Center Neurosurgical Grand Rounds*. February 14, 2006. The George Washington University Medical Center. Washington, DC.

### *Courses:*

*Advanced Spine Preceptorship*, November 14-16, 2002. Centerpulse, Spine-Tech Division of Excellence at the University of Pittsburgh Medical Center. Pittsburgh, PA.

*Research Update in Neuroscience for Neurosurgeons*, November 9-16, 2003. Marine Biological Laboratory. Woods Hole, MA.

*Midas Rex Institute for High Speed Neurosurgical Instrumentation*, March 4, 2006. Medtronic Powered Solutions. Washington, DC.

### *Research/Clinical Interests:*

Include minimally invasive spinal surgery, complex spinal surgery, traumatic brain and spinal injury, pituitary disorders, brain metastasis and von Hippel-Lindau disease

### *Personal Interests:*
Include Golf, Dogs, Travel and Historical baseball literature

*Updated 3/4/2008*

WASHINGTON NEUROSURGICAL ASSOCIATES, P.C.

FOXHALL SQUARE    SUITE 352
3301 NEW MEXICO AVENUE, N.W.
WASHINGTON, D.C. 20016

BRUCE J. AMMERMAN, M.D.
JOSHUA M. AMMERMAN, M.D.

NEUROLOGICAL SURGERY
TELEPHONE: (202) 966-6300
TELECOPIER: (202) 364-4362

## FEE SCHEDULE

**Review of Records**                  $300/Hour

**Deposition**                          $500/Hour
                                        $300/Add'l Hour or fraction thereof

   Cancellation Policy              *More than 14 business days notice-No Charge
   *must be confirmed by fax*        *8-14 business days notice-$250 charged
                                        *7 business days or less-$500 charged

**Conference With Attorney**            $300/Hour
                                        *Cancellation Fee $300.00

**Court Attendance/Arbitration**        $2500/Half Day-This fee must be received before
                                        Doctor will set time aside.

   Cancellation Policy              *More than 30 business days notice-No Charge
   *must be confirmed by fax*        *22-28 business days notice-$750 charged
                                        *15-21 business days notice-$1000 charged
                                        *6-14 business days notice-$1500 charged
                                        *3-5 business days notice-$2000 charged
                                        *0-2 business days notice-$2500 charged

**Independent Medical Exam**            $395

   Cancellation Policy              *2 business days or less-$395 charged
                                        *More than 2 business days notice-No Charge

*ALL DEPOSITIONS AND COURT TIME MUST BE CONFIRMED BY FAX THE SAME DAY AS SCHEDULED OTHERWISE, TIME MAY NOT BE HELD.*

*FEES MUST BE RECEIVED AT LEAST TWO WEEKS PRIOR TO COURT OR DEPOSITION SCHEDULED DATE OTHERWISE, TIME MAY NOT BE HELD.*

*ALL CANCELLATIONS MUST BE CONFIRMED BY PHONE AND FAX, THE DAY OF CANCELLATION.*

*01/29/2008*



## A. ROY ROSENTHAL, M.D., P.A.
## ANDREW J. SIEKANOWICZ, M.D., P.L.L.C.
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

A. ROY ROSENTHAL, M.D., F.A.A.O.S.
ANDREW J. SIEKANOWICZ, M.D., F.A.A.O.S.

OFFICE: (301) 681-3100
FAX: (301) 681-3367

10313 GEORGIA AVENUE, SUITE 107
SILVER SPRING, MARYLAND 20902

## CURRICULLUM VITAE

## PERSONAL:

Date of Birth:  February 20, 1962
MD State License D0051690
VA State License 0101051357
NY State License 179796-1
NC State License 95-01096
Flex passed June, 1989
SSN #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
Board Certified September 1998
Member F.A.A.O.S. 2000

## EDUCATION:

Georgetown University                          Aug. 1980-June 1984
Washington, D.C
**Bachelor of Science**-Biology/Pre-Med.

Georgetown University School of Medicine        Aug. 1984-May 1988
Washington, D.C.
**Doctor of Medicine**

## POST GRADUATE TRAINING:

Internship/Post Doctorate Residency Fellow
under the Department of Surgery of Columbia
University and St. Luke's/Roosevelt
Hospital Center:
    St. Luke's/Roosevelt Hospital Center
    Columbia University, New York, NY        July 1988-June 1989
    **General Surgery**
    Regency:
    Catholic Medical Center of Brooklyn and Queens    June 1989-June 1994
    Affiliate of Cornell/Hospital for Special Surgery
    Jamaica, NY
    **Orthopaedic Surgery**



PLAINTIFF'S EXHIBIT
6

Fellowship:

    Georgetown University/Arlington Hospital          Aug. 1994-Aug. 1995
    **Sports Medicine and Arthroscopy Fellowship**
    with Dr. Robert Nirschl, Dr. Frank Pettrone
    Included care of NFL Washington Redskins,
    George Mason and Marymount Universities
    varsity teams, local high school teams,
    USTA, and local professional soccer.

## EMPLOYMENT:

Private Practice, Orthopaedic Surgery          April 1997- Present
A. Roy Rosenthal, M.D., P.A.
10313 Georgia Avenue, #107, Silver Spring, MD 20902

Course Instructor:
    Holy Cross Hospital - GATE - didactic and surgical technique

Team Physician for:
    Montgomery Blair High School, Silver Spring, MD

Kinston Orthopaedic and Sports Medicine Center, P.A.     1995-1997
    Kinston Clinic North, Ste. G., Doctor's Drive, Kinston, NC 28501

Team Physician for:
    Mount Olive College
    Lenoir County Community College
    Greene Central High School

Assistant Team Physician for:
    Kinston Indians-Division A Professional Baseball

Team Physician for:
    Washington Chiefs, MFL

Team Physician for:
    Maryland Cougars, MFL

## PRESENTATIONS/PUBLICATIONS:

1.     Full Thickness Rotator Cuff Repair Without Formal Acromioplasty with
    Preservation of the Coracoacromial Ligament:

        Presented:
        1. Scientific Exhibit, 63rd Annual American Academy of Orthopaedic

    Surgeons, Atlanta, GA 1996.
        2. Paper Presentation, Eastern Orthopaedic Association, Rome 1995.
        3. Virginia Orthopaedic Society, Richmond, VA, April 1996.

2

Publication:
1. Submitted for Publication to JBJS and the Journal of Shoulder and Elbow Surgeons.

2. Arthroscopic Versus Open Shoulder Stabilization with Bankhart Repair: A Five-Year Followup Study:
Paper Presentation:
Presented:
1. Virginia Orthopaedic Society, Williamsburg, VA 1995.
2. Eastern Orthopaedic Association, Rome 1995.
3. 63rd Annual Academy of Orthopaedic Surgeons, Atlanta, GA 1996.
Also presented as Poster Exhibit.

3. Salvage Lateral Tennis Elbow Surgery:
Paper Presentation:
Presented:
1. American Society for Sports Medicine, Toronto, Canada, July 1995.
2. Scientific Exhibit 63rd Annual Academy of Orthopaedic Surgeons, Atlanta, GA 1996
Publication:
1. Orthopaedic Transactions (JBJS).
2. Submitted to American Journal of Sports Medicine.

4. Rupture of the Pectoralis Major Tendon:
Presented:
1. Virginia Orthopaedic Society, Williamsburg, VA 1995.
Publication:
1. The Physician and Sports Medicine, March 1996.

5. Effects of Steroids on Bony Ingrowth into Hydroxyapatite-Coated Titanium Implants:
Presented:
1. Poster- 61st Annual AAOS Meeting, New Orleans, LA 1994.
2. Paper- American Orthopaedic Association Annual Resident's conference, Seattle, WA 1993.
3. New York Academy Annual Resident's Nigh', New York, NY
4. Accepted Eastern Orthopaedic Association, Bermuda 1995.
Publication:
1. Orthopaedic Transactions (JBJS).
2. Submitted to American Journal of Sports Medicine.

6. Fractures of the Posterior Process of the Talus:
Presented:
1 Poster-The American Foot and Ankle Society, Napa Valley, CA 1992
Publication:
1. Submitted to the Journal of Trauma.
2. Orthopaedic Transactions.

3

## PAST RESEARCH:

Siekanowicz, A.; Organ, S.; Pettrone, F.; Nirschl, R.P.; **Arthroscopic Versus Open Shoulder Stabilization and Bankhart Repair:  A Five-Year Followup.**
Virginia Sports Medicine Institute, Arlington, VA.

Siekanowicz, A.; Organ, S.; Pettrone, F.; Nirschl, R.P.; **Full-Thickness Rotator Cuff Repair Without Formal Acromioplasty or Complete Resection of the Coracoacromial Ligament: A Long and Short-Term Followup.**
Virginia Sports Medicine Institute, Arlington, VA.

Siekanowicz, A.; Organ, S.; Nirschl, R.P.; **Salvage Lateral Tennis Elbow Release.**  Virginia Sports Medicine Institute, Arlington, VA.

Siekanowicz, A.; Butcher, J.; Pettrone, F.; **Rupture of the Pectoralis Major in a World Class Pole Vaulter.**
Virginia Sports Medicine Institute, Arlington, VA

Siekanowicz, A.; Marano, H.; **The Effects of NSAID's on Bony Ingrowth into Hydroxyapatite-Coated Titanium Implants in the Canine Model.**  Research conducted at SUNY, Stonybrook; hospital for Joint Diseases, New York, NY; and the Catholic Medical Center of Brooklyn and Queens.

Siekanowicz, A.; Scarangella, S.; **Fractures of the Posterior Process of the Talus.**  Catholic Medical Center of Brooklyn and Queens.  Siekanowicz, A.; Denton, J.R.; Marano, H.; **Evaluation and Treatment of Gunshot Wounds to the Spine.**
Catholic Medical Center of Brooklyn and Queens.

Siekanowicz, A.; Schwartz, E.; **Prospective Comparison of Modular Unipolar and Bipolar Hemiarthroplasty in Elderly Patients with Displaced Femoral Neck Fractures.**  Catholic Medical Center of Brooklyn and Queens.

Siekanowicz, A.; Robinson, T.; Marano, H.; **Stress Radiographic Evaluation of Knee Ligament Laxity.**
Catholic Medical Center of Brooklyn and Queens.

Siekanowicz, A.; Marcri, H.; **The Vascular Supply to the Iris and Its Role in Glaucoma in the Rabbit Model.**  Georgetown University Department of Ophthalmology, Washington, D.C.

Siekanowicz, A.; DeForrest, J.; **The Role of Atrial Natriuretic Factor in Hypertension.**  E.R. Squibb and Sons, Dept. of Pharmacologic Research, Princeton, NJ.

## ADDITIONAL HONORS:

1.  Second place winner of Catholic Medical Center Annual Research Competition.
2   Selected teaching assistant, Dept. of Biology in Cytology/Histology,
    Georgetown University, Fall 1983.


## REFERENCES:

1.  Robert P. Nirschl, M.D., M.S.
    Orthopaedic Surgery/Sports Medicine
    Chairman, Founding Director
    Nirschl Orthopaedic and Sports Medicine Clinic
    1715 N. George Mason Drive, Suite #504
    Arlington, VA  22207
    (703) 525-2200
    (Thursday and Friday 3:30 - 4:30)

2.  Frank Pettrone, M.D.
    Orthopaedic Surgery/Sports Medicine
    1635 N. George Mason Drive, #310
    Arlington, VA  22205
    (703) 525-6100
    (Monday and Tuesday 9:00 - 5:00)

3.  Charles B. Jackson, M.D., Team Physician, Washington Redskins
    2501 N. Glebe Road, Arlington, VA  22207-3558
    (703) 525-1911

4.  John R. Denton, M.D.
    Director & Chairman of Orthopaedics
    Catholic Medical Center of Brooklyn and Queens
    88-25 153rd Street, Suite 1-S
    Jamaica, NY  11432
    (718) 558-7242
    (Tuesday morning, Friday morning, Wednesday 10:00 - 12:00)

5.  Frances Cuomo, M.D.
    Assistant Chairman Shoulder Service
    Hospital for Joint Diseases
    New York, NY
    (212) 598-6183

6.  Evan Schawartz, M.D.
    Sports Medicine
    Department of Orthopaedics
    St. John's Queens Hospital

☑ 007

90-02 Queens Boulevard
Elmhurst, NY 11373
(718) 558-1974, (718) 558-1975

7.     Edwin B. Cooper, Jr., M.D.
       Kinston Orthopaedic and Sports Medicine Center, P.A.
       Kinston North Clinic
       Kinston, North Carolina 28501
       (919) 522-2020

8.     Coach James Short, Montgomery Blair High School
       51 University Boulevard, East, Silver Spring, MD 20901
       (301) 649-2800

Arthroscopic Surgery
Reconstructive Joint Surgery

Sports Medicine
Physical Therapy

### A. ROY ROSENTHAL, M.D., P.A.
### ANDREW J. SIEKANOWICZ, M.D., P.L.L.C.
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

A. ROY ROSENTHAL, M.D., F.A.A.O.S.
ANDREW J. SIEKANOWICZ, M.D., F.AA.O.S.

10313 GEORGIA AVENUE, SUITE 107
SILVER SPRING, MARYLAND 20902

OFFICE: (301) 681-3100
FAX:  (301) 681-3367

## DEPOSITION & COURT FEES

| | |
|---|---|
| DEPOSITION | $850.00 |
| CONFERENCE | $250.00 |
| TELEPHONE CONFERENCE | $150.00 |

## EXPERT MEDICAL TESTIMONY

| | |
|---|---|
| *MONTGOMERY COUNTY | $2,500.00 |
| *PRINCE GEORGE COUNTY | $2,500.00 |
| *D.C. CIRCUIT COURT | $2,500.00 |

## OUTSIDE METROPOLITAN AREA

| | |
|---|---|
| *VIRGINIA | $3,000.00 |
| *BALTIMORE | $3,000.00 |
| *ANNE ARUNDEL | $3,000.00 |
| *HOWARD COUNTY | $3,000.00 |

## RESERVATION FOR COURT APPEARANCE

| | |
|---|---|
| *NON-REFUNDABLE | $500.00 |

*THE RESERVATION FEE (WHICH IS NOT REFUNDABLE) AND THE TESTIMONY FEE ARE DUE 2 WEEKS PRIOR TO APPEARANCE. IF THERE IS NO APPEARANCE, THE FEE FOR THE TESTIMONY WILL BE RETURN PROVIDED A 72-HOUR NOTICE OF CANCELLATION IS GIVEN.

FEES EFFECTIVE 1/1/08



PLAINTIFF'S
EXHIBIT