UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ROBERT GIRON

        Plaintiff

v.

DAVID McFADDEN, et al.

        Defendants

Case No. 1:07-cv- 00425
Judge Richard W. Roberts

### DEFENDANT GEICO'S ANSWER TO AMENDED COMPLAINT

COMES NOW Defendant GEICO, by and through the undersigned counsel, and hereby answers the Amended Complaint filed herein as follows:

### FIRST DEFENSE

Plaintiff's Amended Complaint is barred by Plaintiff's sole and/or contributory negligence.

### SECOND DEFENSE

Plaintiff's Amended Complaint is barred by Plaintiff's assumption of the risk.

### THIRD DEFENSE

The Court lacks jurisdiction over Defendant due to improper service of the summons and amended complaint.

### FOURTH DEFENSE

The Defendant denies any breach of contract.

### FIFTH DEFENSE

The Plaintiff lacks standing to bring this cause of action against this Defendant.

### SIXTH DEFENSE

There is no privity of contract between the Plaintiff and this Defendant.

### SEVENTH DEFENSE

The Defendant specifically denies the allegations contained in paragraphs 6-10 of the Plaintiff's Amended Complaint.

The Defendant specifically denies the allegations contained in paragraphs 11-12 of Count I of the Plaintiff's Amended Complaint.

The Defendant specifically denies the allegations contained in paragraphs 13-16 of Count II of the Plaintiff's Amended Complaint.

### EIGHTH DEFENSE

The cause of actions asserted by the Plaintiff did not accrue within the applicable statute of limitations.

### NINTH DEFENSE

The Amended Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

### TENTH DEFENSE

Assuming negligence or other wrong doing on the part of this Defendant, it was not the proximate cause of the Plaintiff's alleged injuries, but Plaintiff's alleged injuries were a result of prior and/or subsequent conditions or occurrence for which this Defendant is not responsible.

WHEREFORE Defendant respectfully requests:

1. That the Court dismiss Plaintiff's Amended Complaint with prejudice, all costs paid by Plaintiff; and

2. That the Court grant such other and further relief as it deems just and

proper.

                                                Respectfully submitted,

                                                Judd A. Rafey
                                                D.C. Bar No. 441785
                                                Counsel for Defendant GEICO
                                                962 Wayne Avenue, Suite 200
                                                Silver Spring, MD 20910
                                                (301) 587-9626

## JURY DEMAND

Defendant respectfully requests a jury trial.

                                                Judd A. Rafey
                                                Counsel for Defendant GEICO

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 24th day of June, 2008, a copy of the foregoing Answer to Complaint and Demand for Jury Trial was served electronically to:

Lawrence S. Lapidus, Esq.
Karp, Frosh, Lapidus, Wigodsky & Norwind, P..A.,
1133 Connecticut Avenue, N.W., Suite 250
Washington, DC 20036
llapidus@karpfrosh.com

Thomas Medford, Jr., Esq.
Maryland Trade Center II  Suite 500
7474 Greenway Center Drive
Greenbelt, MD 20770

                                                Judd A. Rafey
                                                Counsel for Defendant