UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ROBERT GIRON

        Plaintiff

v.

DAVID McFADDEN, et al.

        Defendants

Case No. 1:07-cv- 00425
Judge Richard W. Roberts

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS – LCvR7.1 CERTIFICATE

I, the undersigned, counsel of record for GEICO, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GEICO which have any outstanding securities in the hands of the public.

Berkshire Hathaway

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

Judd A. Rafey
D.C. Bar No.: 441785
Counsel for Defendant
962 Wayne Avenue
Suite 200
Silver Spring, MD 20910
(301) 587-9626
jarafey@geico.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2008, a copy of the foregoing was served electronically:

Lawrence S. Lapidus, Esq.
Karp, Frosh, Lapidus, Wigodsky & Norwind, P..A.
1133 Connecticut Avenue, N.W., Suite 250
Washington, DC 20036
llapidus@karpfrosh.com

Thomas Medford, Jr., Esq.
Maryland Trade Center II Suite 500 7474 Greenway
Center Drive
Greenbelt, MD 20770

_____
Judd A. Rafey