UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ROBERT GIRON

        Plaintiff

v.

DAVID McFADDEN, et al.

        Defendants

Case No. 1:07-cv- 00425
Judge Richard W. Roberts

## CROSS-CLAIM OF DEFENDANT

Defendant, GEICO, by counsel and pursuant to Federal Rule of Civil Procedure 13, sues Defendant, David McFadden, and as reasons therefor states as follows:

### COUNT I

1. If Plaintiff sustained injuries and damages as alleged, the acts of Co-Defendant, David McFadden, caused these injuries, and if any negligence took place, the negligence of Co-Defendant, David McFadden, was active and primary. Therefore, Defendant, GEICO, claims the right of indemnity, subrogation and/or contribution from Co-Defendant, David McFadden, for any judgment rendered against GEICO plus costs.

WHEREFORE, Defendant, GEICO, demands judgment against Co-Defendant, David McFadden, for any and all judgments that may be rendered in favor of the Plaintiff against this Defendant.

Respectfully submitted,

_____
Judd A. Rafey, Bar No.: 441785
Counsel for Defendant
962 Wayne Avenue, Suite 200
Silver Spring, MD 20910
(301) 587-9626
jarafey@geico.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2008, a copy of the foregoing Cross-Claim was served electronically to:

Lawrence S. Lapidus, Esq.
Karp, Frosh, Lapidus, Wigodsky & Norwind, P..A.
1133 Connecticut Avenue, N.W., Suite 250
Washington, DC  20036
llapidus@karpfrosh.com

Thomas Medford, Jr.
Maryland Trade Center II  Suite 500
7474 Greenway Center Drive
Greenbelt, MD 20770

                                                Judd A. Rafey
                                                Counsel for Defendant