UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON

    Plaintiff,

v.

DAVID McFADDEN

    Defendant.

Case No.: 07cv00425

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT GEICO ONLY AND OF DISMISSAL OF THE CROSS-CLAIM WITHOUT PREJUDICE BY DEFENDANT GEICO

Pursuant to Fed R. Civ. P. 41, all of the parties hereto agree and stipulate that defendant GEICO be dismissed without prejudice from this action and its cross-claim against defendant David McFadden be also dismissed without prejudice.

Respectfully Submitted,

_____
Lawrence S. Lapidus, Federal Bar #02922
**KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.**
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
(202) 719-8945

Attorneys for Plaintiff

_____
Thomas A. Medford, Jr. Esquire
**Timothy Smith and Associates**
7474 Greenway Center Dr.
Suite 500
Greenbelt, MD 20720

Attorney for Defendant McFadden

Judd Raffey, Esquire
GEICO STAFF COUNSEL
962 Wayne Avenue
Suite 200
Silver Spring, MD 20910

Attorney for Defendant Geico

## CERTIFICATE OF SERVICE

This certifies that I caused a true and correct copy of the Stipulation of Dismissal without Prejudice be served on September 3rd, 2008, by First Class U.S. mail, postage prepaid to:

Thomas A. Medford, Jr. Esquire
7474 Greenway Center Dr.
Suite 500
Greenbelt, MD 20720

Judd Raffey, Esquire
962 Wayne Avenue
Suite 200
Silver Spring, MD 20910

Lawrence S. Lapidus