UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GIRON, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-425 (RWR/DAR)
)
DAVID MCFADDEN, et al., )
)
Defendants. )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter, by and with the advice of their counsel, hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____
Attorney for Plaintiff Robert Giron

9/3/08
Date

_____
Attorney for Defendant David McFadden

9-3-08
Date

_____
Attorney for Defendant Geico

9-3-08
Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____
RICHARD W. ROBERTS
United States District Judge

_____
Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.