**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT GIRON, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID MCFADDEN, et al., )<br><br>Defendants. ) | Civil Action No. 07-425 (RWR/DAR) |

**CONSENT TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter, by and with the advice of their counsel, hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____     9/3/08
Attorney for Plaintiff Robert Giron     Date

_____     9-3-08
Attorney for Defendant David McFadden     Date

_____     9-3-08
Attorney for Defendant Gezzo     Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____     9-5-08
RICHARD W. ROBERTS     Date
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.